UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Court No. 06 Civ. 0746 (RJL) |
| DISTRICT OF COLUMBIA OFFICE OF | ) |
| PLANNING, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF APPEARANCE OF STEFAN SHAIBANI**

Stefan Shaibani respectfully enters his appearance as counsel for the Foggy Bottom Association.

Dated: April 25, 2006

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
BODE & GRENIER, LLP
1150 Connecticut Ave, NW, 9th Fl.
Washington, DC 20036
Tel: (202) 862-4300
*Attorney for Foggy Bottom Ass'n*

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2006, I electronically filed and on April 26, 2006 caused to be served by hand delivery copies of "NOTICE OF APPEARANCE OF STEFAN SHAIBANI," addressed as follows:

>Robert Spagnoletti
>Office of the Corporation Counsel
>441 4th Street, NW, Suite 1060N
>Washington, DC 20001
>Tel: (202) 727-3400
>
>/s/ William Bode