UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FOGGY BOTTOM ASSOCIATION,         )
                                  )
    Plaintiff,                    )
                                  )
    vs.                           )
                                  ) Court No. 06 Civ. 0746 (RJL)
DISTRICT OF COLUMBIA OFFICE OF    )
PLANNING, *et al.*,               )
                                  )
    Defendants.                   )
_____)

### AFFIDAVIT OF STEFAN SHAIBANI

I, Stefan Shaibani, declare as follows:

1. I am an attorney admitted to practice in the District of Columbia and am counsel for the Foggy Bottom Association. I submit this affidavit in support of plaintiff's motion for a preliminary injunction.

2. Attached hereto as Exhibit A is a true and correct copy of District of Columbia Board of Zoning Adjustment's ("BZA") March 29, 2001 Order pertaining to Application No. 16553 of the George Washington University.

3. Attached hereto as Exhibit B is a true and correct copy of the BZA's December 21, 2001 Final Order On Remand.

4. Attached hereto as Exhibit C is a true and correct copy of the BZA's January 23, 2002 Corrected Final Order On Remand (referred to in plaintiff's complaint and motion for preliminary injunction as the "Final Order").

5. Attached hereto as Exhibit D is a true and correct copy of the BZA's February 6, 2002 Order Certifying Campus Plan.

6. Attached hereto as Exhibit E is a true and correct copy of the BZA's February 24, 2004 Order On Second Remand.

7. Attached hereto as Exhibit F is a true and correct copy of the George Washington University's February 16, 2006 Application to the District of Columbia Zoning Commission for first stage review and approval of a planned unit development and zoning map amendment for the Foggy Bottom Campus.

8. Attached hereto as Exhibit G is a true and correct copy of the George Washington University's Foggy Bottom Campus Plan: 2006-2025.

9. Attached hereto as Exhibit H is a true and correct copy of the District of Columbia Office of Planning's April 10, 2006 "Setdown Report for George Washington University Campus Plan 2006-2025."

10. Attached hereto as Exhibit I is a true and correct copy of the "Testimony of Ellen McCarthy Regarding the Proposed George Washington University Hospital, Board of Zoning Adjustment Case No. 16389" dated April 22, 1999.

11. Attached hereto as Exhibit J is a true and correct copy of the George Washington University's February 28, 2006 "Biannual Report Required for GW Foggy Bottom Campus Plan."

12. Attached hereto as Exhibit K is a true and correct copy of the George Washington University's 2003 Internal Revenue Service Form 990 ("Return of Organization Exempt From Income Tax").

13. Attached hereto as Exhibit L is a true and correct copy of Letter dated March 9, 2006 from William Bode to Ellen McCarthy "Re: George Washington University Planned Development/ No. ZC-06-11."

14. Attached hereto as Exhibit M is a true and correct copy of the amicus brief filed by the District of Columbia Corporation Counsel in *President & Directors of Georgetown College for Georgetown University v. Diavatis*, 470 A.2d 1248 (D.C. 1983).

15. Attached hereto as Exhibit N is a true and correct copy of the February 28, 2006 Resolution of the Federation of Citizens Association of the District of Columbia.

16. Attached hereto as Exhibit O is a true and correct copy of an article published in *The Examiner* on April 20, 2006.

17. Attached hereto as Exhibit P is a true and correct copy of the "Enrollment and Persistence" statistics issued by the George Washington University's Office of Institutional Research.

18. Attached hereto as Exhibit Q is a true and correct copy of the "Unduplicated Enrollment (All Campuses)" statistics issued by the George Washington University's Office of Institutional Research.

19. Attached hereto as Exhibit R is a true and correct copy of the "On-Campus Enrollment Fall 2005" statistics issued by the George Washington University's Office of Institutional Research.

20. Attached hereto as Exhibit S is a true and correct copy of the "On-Campus Enrollment Fall 2004" statistics issued by the George Washington University's Office of Institutional Research.

21. Attached hereto as Exhibit T is a true and correct copy of the "Full and Part-time Faculty Appointments by School and Department Fall 2005" statistics issued by the George Washington University's Office of Institutional Research.

22. Attached hereto as Exhibit U is a true and correct copy of the "Paid Personnel Fall 2005" statistics issued by the George Washington University's Office of Institutional Research.

23. Attached hereto as Exhibit V is a true and correct copy of the "On-Campus Enrollment Fall 2003" statistics issued by the George Washington University's Office of Institutional Research.

24. Attached hereto as Exhibit W is a true and correct copy of the "On-Campus Enrollment Fall 2002" statistics issued by the George Washington University's Office of Institutional Research.

25. Attached hereto as Exhibit X is a true and correct copy of *Retter v. Russo, et al.*, 2000 Conn. Super. LEXIS 2879 (Conn. 2000).

26. Attached hereto as Exhibit Y is a true and correct copy of the November 16, 2005 Resolution of the Foggy Bottom and West End Advisory Neighborhood Commission (ANC-2A), Pertaining to the George Washington University Plans for Redevelopment of Square 54.

27. Attached hereto as Exhibit Z is a true and correct copy of the "Virginia Campus Enrollment Fall 2005" statistics issued by the George Washington University's Office of Institutional Research.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2006

_____
Stefan Shaibani (Bar No. 490024)
BODE & GRENIER, LLP
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036

4