**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Court No. 06 Civ. 0746 (RJL) |
| DISTRICT OF COLUMBIA OFFICE OF PLANNING, *et al.*, | ) ) ) |
| Defendants. | ) ) |

PROPOSED ORDER

Upon consideration of plaintiff's motion for a preliminary injunction, defendants' opposition thereto, plaintiff's reply, and all other pertinent papers, it is hereby

ORDERED that plaintiff's motion for a preliminary injunction is GRANTED;

ORDERED that the lead District of Columbia agency shall prepare or cause to be prepared an environmental impact statement ("EIS") pursuant to DC ST. § 8-109.03 concerning the George Washington University's ("GW") February 16, 2006 application to the District of Columbia Zoning Commission for first stage review and approval of a planned unit development and zoning map amendment for the Foggy Bottom Campus ("application") and the Foggy Bottom Campus Plan: 2006-2025 ("new campus plan");

ORDERED that the lead District of Columbia agency shall hold a public hearing on the EIS pursuant to DC ST. § 8-109.03(b);

ORDERED that the lead District of Columbia agency shall make a written determination pursuant to 20 DCMR § 7210.1 whether GW's February 16, 2006 application and new campus plan would have an adverse effect on the environment of Foggy Bottom or otherwise endanger the public health, safety, or welfare;

ORDERED that should the lead District of Columbia agency determine that GW's February 16, 2006 application and new campus plan would have an adverse effect on the environment of Foggy Bottom or otherwise endanger the public health, safety, or welfare, the agency shall disapprove GW's application and new campus plan;

ORDERED that the EIS review process shall be completed before the District's formal hearing on GW's February 16, 2006 application and new campus plan;

ORDERED that should the lead District of Columbia agency determine that GW's February 16, 2006 application and new campus plan would not have an adverse effect on the environment of Foggy Bottom or otherwise endanger the public health, safety, or welfare, the agency shall submit a report to the Court describing in detail the reasons for its decision;

ORDERED that the Zoning Commission for the District of Columbia ("Zoning Commission") shall not consider GW's February 16, 2006 application and new campus plan until GW complies with Condition 8 of the District of Columbia Board of Zoning Adjustment's ("BZA") January 23, 2002 Corrected Final Order on Remand by reducing its student enrollment headcount to 20,000;

ORDERED that the term "student enrollment headcount" shall include all students taking classes or using the facilities at the George Washington University's Foggy Bottom campus, whether undergraduate, graduate, part-time, full-time, study abroad, foreign exchange (to the extent their headcount exceeds study abroad students), continuous enrollment, Mount Vernon Campus, or English as a second language students;

ORDERED that the Zoning Commission shall not consider GW's February 16, 2006 application and new campus plan until GW complies with Condition 8 of the BZA's January 23, 2002 Corrected Final Order on Remand by reducing its faculty headcount to 2,236;

ORDERED that the term "faculty headcount" shall include all faculty affiliated with the George Washington University, whether full-time, part-time, paid, unpaid, clinical, or adjunct;

ORDERED that the Zoning Commission shall not consider GW's February 16, 2006 application and new campus plan until GW complies with Conditions 9(a) and 9(b) of the BZA's January 23, 2002 Corrected Final Order on Remand by providing at least 5,600 on-campus or non-Foggy Bottom beds to its first 8,000 full-time undergraduate students plus one on-campus or non-Foggy Bottom bed to each full-time undergraduate student above 8,000;

ORDERED that the phrase "full-time undergraduate students" shall include all full-time undergraduate students at GW, including study abroad students, foreign exchange students (to the extent their headcount exceeds study abroad students), continuous enrollment students, and resident and non-resident students at the Mount Vernon Campus;

ORDERED that the Zoning Commission shall not consider GW's February 16, 2006 application and new campus plan until GW submits "a plan for developing the campus as a whole," including GW's proposed developments on Square 54 and Square 80, pursuant to 11 DCMR §§ 210.4 and 507.3;

ORDERED that prior to considering GW's application and new campus plan, the Zoning Commission shall submit a report to the Court describing in detail whether GW is in compliance with Conditions 8, 9(a), and 9(b) of the BZA's January 23, 2002 Corrected Final Order on Remand as set forth herein.

Dated: _____, 2006         _____
                                            Richard J. Leon, Judge

3