UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Court No. 06 Civ. 0746 (RJL) |
| DISTRICT OF COLUMBIA OFFICE OF PLANNING, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S DEMAND FOR A PUBLIC HEARING

Pursuant to DC ST. § 8-109.03(b), the Foggy Bottom Association ("FBA") hereby demands a public hearing on the requisite environmental impact statement relating to the George Washington University's ("GW") February 16, 2006 rezoning application and new campus plan. Plaintiff has attached as Exhibit A to the affidavit of Joy Howell signatures from "25 registered voters in an affected single member district," all of whom demand a public hearing on GW's rezoning application and new campus plan under § 8-109.03(b). Plaintiff insists that GW's application and new campus plan will have a significant negative impact on the environment of Foggy Bottom by increasing beyond the tipping point university use of this neighborhood, and by increasing population density, noise, pollution, and traffic in this area.

Dated: April 25, 2006                    /s/ William Bode
                                          William H. Bode (Bar No. 113308)
                                          BODE & GRENIER, LLP
                                          1150 Connecticut Ave, NW, 9th Fl.
                                          Washington, DC 20036
                                          Tel:  (202) 862-4300
                                          *Attorney for Foggy Bottom Ass'n*

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2006, I electronically filed and on April 26, 2006 caused to be served by hand-delivery copies of "PLAINTIFF'S DEMAND FOR A PUBLIC HEARING," addressed as follows:

>Robert Spagnoletti
>Office of the Corporation Counsel
>441 4th Street, NW, Suite 1060N
>Washington, DC 20001
>Tel: (202) 727-3400

>/s/ William Bode