UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Court No. 06 Civ. 0746 (RJL) |
| DISTRICT OF COLUMBIA OFFICE OF PLANNING, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### NOTICE OF MANUAL FILING OF BULK EXHIBITS

Pursuant to Local Civil Rule 5.4(e), plaintiff respectfully informs the Court that the exhibits attached to the affidavit of Stefan Shaibani submitted in support of plaintiff's motion for a preliminary injunction exceed 500 pages and are thus being filed in paper form. Plaintiff will submit copies of these exhibits to the Clerk's Office in both paper form and CD-ROM on April 26, 2006. Plaintiff has also arranged to hand-serve these exhibits on defendants and the District of Columbia Corporation Counsel on April 26, 2006.

Dated: April 25, 2006

/s/ William Bode
William H. Bode (Bar No. 113308)
Peter Grenier (Bar No. 418570)
Stefan Shaibani (Bar No. 490024)
BODE & GRENIER, LLP
1150 Connecticut Ave, NW, 9th Fl.
Washington, DC 20036
Tel:  (202) 862-4300

*Attorneys for Foggy Bottom Ass'n*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 25, 2006, I electronically filed and on April 26, 2006 caused to be served by hand-delivery copies of "NOTICE OF MANUAL FILING OF BULK EXHIBITS," addressed as follows:

>Robert Spagnoletti
>Office of the Corporation Counsel
>441 4th Street, NW, Suite 1060N
>Washington, DC 20001
>Tel: (202) 727-3400

><u>/s/ William Bode</u>