UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
FOGGY BOTTOM ASSOCIATION,          )
                                                        )
                    Plaintiff,                   )
                                                        )
          v.                                          )          Civil Action No. 06-0746 (RJL)
                                                        )
DISTRICT OF COLUMBIA OFFICE     )
OF PLANNING,        *et al*.,               )
                                                        )
                    Defendants.               )
_____)

DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO THE MOTION FOR PRELIMINARY INJUNCTION AND COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Defendants (all District of Columbia agencies) Office of Planning, Zoning Commission, Department of Health, Department of Consumer and Regulatory Affairs, Historic Preservation Review Board, and Public Schools (collectively "the District") hereby move this Honorable Court to enlarge the time for their response to the Motion for Preliminary Injunction and Complaint in this matter. Defendants' Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein.

Pursuant to LCvR 7.1(m), undersigned counsel discussed the subject motion with plaintiff's counsel, who consented to the relief requested herein.

The grounds and the reasons are set forth in the accompanying Memorandum of Points and Authorities in support hereof, attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

WHEREFORE, the District respectfully requests that this Honorable Court:

A. Grant the Defendants' Consent Motion for Enlargement of Time to Respond to the

Motion for Preliminary Injunction and Complaint, and

B. Grant the District such other and further relief as the nature of its cause may require.


DATE: April 28, 2006                    Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

                                        _____/s/ Richard S. Love_____
                                        RICHARD S. LOVE, D.C. Bar No. 340455
                                        Chief, Equity I Section
                                        Office of the Attorney General for the District of Columbia
                                        441 Fourth Street, N.W., 6th Floor South
                                        Washington, D.C. 20001
                                        Telephone: (202) 724-6635
                                        Facsimile: (202) 727-0431

                                        _____/s/ Andrew J. Saindon_____
                                        ANDREW J. SAINDON, D.C. Bar No. 456987
                                        Assistant Attorney General
                                        Equity 1 Section
                                        441 Fourth Street, N.W., 6th Floor South
                                        Washington, D.C. 20001
                                        Telephone: (202) 724-6643
                                        Facsimile: (202) 727-0431

                                        _____/s/ John D. Dodge_____
                                        JOHN D. DODGE, D.C. Bar No. 451305
                                        Assistant Attorney General
                                        Equity 1 Section
                                        441 Fourth Street, N.W., 6th Floor South
                                        Washington, D.C. 20001
                                        Telephone: (202) 724-6627
                                        Facsimile: (202) 727-0431

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                                        )
FOGGY BOTTOM ASSOCIATION,               )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )          Civil Action No. 06-0746 (RJL)
                                        )
DISTRICT OF COLUMBIA OFFICE             )
OF PLANNING,      *et al*.,             )
                                        )
            Defendants.                 )
_____ )

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
THE DISTRICT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO THE MOTION FOR PRELIMINARY INJUNCTION AND COMPLAINT

Defendants (all District of Columbia agencies) Office of Planning, Zoning Commission, Department of Health, Department of Consumer and Regulatory Affairs, Historic Preservation Review Board, and Public Schools (collectively "the District"), by and through undersigned counsel, respectfully submit this Memorandum of Points and Authorities in Support of their Consent Motion for Enlargement of Time to Respond to the Motion for Preliminary Injunction and Complaint, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b). In support of the instant consent motion, the District states as follows:

1. The Complaint was filed in this matter on April 24, 2006, and served on the District on or about April 26, 2006, together with a Motion for Preliminary Injunction ("Motion").

2. Thus, pursuant to LCvR 65.1(c), the District's opposition to the Motion is due on or before May 3, 2006. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), the District's response to the Complaint is due on or before May 16, 2006.

3.  Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

4.  For its good cause shown, the District states that the Complaint and Motion encompass a number of complex legal arguments and factual assertions. The Complaint contains 139 numbered paragraphs and six counts, while the 39-page memorandum in support of the Motion was accompanied by several hundred pages of declarations and related exhibits. The District believes that additional time will be necessary to review the filings and conduct a thorough factual and legal investigation of the allegations contained therein.

5.  The District also believes that, in the interests of efficiency, it will be able to file a combined response to both the Motion and the Complaint.

6.  This enlargement is not sought for any improper purpose, but to complete an appropriate submission for consideration by this Court. Moreover, plaintiff's counsel has consented to the relief requested herein.

7.  Based on the above, the District respectfully requests that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for the District to file its combined response to the Motion and the Complaint to Friday, May 19, 2006.

DATE: April 28, 2006                 Respectfully submitted,

                                     ROBERT J. SPAGNOLETTI
                                     Attorney General for the District of Columbia

                                     GEORGE C. VALENTINE
                                     Deputy Attorney General
                                     Civil Litigation Division

_____/s/ Richard S. Love_____
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I Section
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431


_____/s/ Andrew J. Saindon_____
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1 Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431


_____/s/ John D. Dodge_____
JOHN D. DODGE, D.C. Bar No. 451305
Assistant Attorney General
Equity 1 Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6627
Facsimile: (202) 727-0431