UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
FOGGY BOTTOM ASSOCIATION,       )
                                )
          Plaintiff,            )
                                )
     v.                         )   Civil Action No. 06-0746 (RJL)
                                )
DISTRICT OF COLUMBIA OFFICE     )
OF PLANNING,   *et al*.,        )
                                )
          Defendants.           )
_____)

## ORDER

Upon consideration of the Defendants' Consent Motion For Enlargement Of Time To Respond To The Motion for Preliminary Injunction and Complaint, the Memorandum of Points and Authorities in Support thereof, Plaintiff's consent thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendants' Consent Motion For Enlargement Of Time To Respond To The Motion for Preliminary Injunction and Complaint be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the Defendants shall file their combined response to the Plaintiff's Motion for Preliminary Injunction and to the Complaint on or before Friday, May 19, 2006.

SO ORDERED.


DATE: _____          _____
                                  RICHARD J. LEON
                                  United States District Judge