**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Court No. 06 Civ. 0746 (PLF) |
| DISTRICT OF COLUMBIA OFFICE OF PLANNING, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S PROOF OF SERVICE
OF SUMMONS AND COMPLAINT UPON DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 4(l), plaintiff, the Foggy Bottom Association, respectfully informs the Court that all defendants were hand-served with the summons and complaint in this case on April 26, 2006.  As indicated in the attached declarations of service of Ambiko Guice, service of process was made upon defendants in the following manner:

(1) The District of Columbia Office of Planning was served through Jennifer Steingasser, Deputy Director of Operations, at 801 North Capitol Street, NE, Suite 4000, Washington, DC 20002.

(2) The District of Columbia Zoning Commission was served through Elaine Booth, Contact Representative, at 441 4th Street, NW, Suite 201 South, Washington, DC 20001.

(3) The District of Columbia Historic Preservation Review Board was served through Jennifer Steingasser, Deputy Director of Operations, at 801 North Capitol Street, NE, Suite 4000, Washington, DC 20002.

(4) The District of Columbia Department of Health was served through Kenneth Campbell, General Counsel, at 825 North Capitol Street, NE, Washington, DC 20002.

(5) The District of Columbia Public Schools was served through Latisha Cannady, Legal Assistant, at 825 North Capitol Street, NE, Suite 9076, Washington, DC 20002.

(6) The District of Columbia Department of Consumer and Regulatory Affairs was served through Elaine Booth, Contact Representative, at 441 4th Street, NW, Suite 201 South, Washington, DC 20001.

Respectfully submitted,

Dated: May 3, 2006

/s/ William Bode
William H. Bode (Bar No. 113308)
BODE & GRENIER, LLP
1150 Connecticut Ave, NW, 9th Fl.
Washington, DC 20036
Tel:  (202) 862-4300

*Attorney for Foggy Bottom Ass'n*

CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2006, I electronically filed "PLAINTIFF'S

PROOF OF SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANTS."


/s/ William Bode