440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Foggy Bottom Association,

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia Office of
Planning, et al.,

CASE NUMBER 1:06CV00746

C.

JUDGE: Richard J. Leon

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 04/24/2006

TO: (Name and address of Defendant)   District of Columbia Historic Preservation Review Board
801 North Capitol Street, NE, Suite 3000
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Bode
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W., 9th Floor
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

APR 2 4 2006

CLERK                                                                 DATE

_Maureen Higgins_
(By) DEPUTY CLERK

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint* was made by me<sup>(1)</sup> | DATE<br>04-26-06 at 3:30 p.m. |
| NAME OF SERVER *(PRINT)*<br>Ambiko Guice | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __By serving Jennifer Steingasser, Deputy Director of Operations, authorized to accept. Service was completed at 801 North Capitol Street, NE, Suite 4000, Washington, DC 20002.__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   04-27-06
            Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

 

\*Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Plaintiff's Motion for a Preliminary Injunction; Proposed Order; Plaintiff's Demand for a Public Hearing; Notice of Manual Filing of Bulk Exhibits; Affidavit of Joy Howell; Affidavit of Scott D. Heiser, PE; Affidavit of Stefan Shaibani; Exhibits Volume I to Plaintiff's Motion for a Preliminary Injunction; and Exhibits Volume II to Plaintiff's Motion for a Preliminary Injunction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

Foggy Bottom Association,

V.

District of Columbia Office of Planning, et al.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00746

JUDGE: Richard J. Leon

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 04/24/2006

CA

TO: (Name and address of Defendant)

District of Columbia Department of Health
825 North Capitol Street, NE
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Bode
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W., 9th Floor
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                              APR 2 4 2006
_____                        _____
CLERK                                                   DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)]* | DATE<br>04-26-06 at 3:45 p.m. |
| NAME OF SERVER (PRINT)<br>Ambiko Guice | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>By serving Kenneth Campbell, General Counsel, authorized to accept. Service was completed at 825 North Capitol Street, NE, Washington, DC 20002.</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04-27-06
               Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

*Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Plaintiff's Motion for a Preliminary Injunction; Proposed Order; Plaintiff's Demand for a Public Hearing; Notice of Manual Filing of Bulk Exhibits; Affidavit of Joy Howell; Affidavit of Scott D. Heiser, PE; Affidavit of Stefan Shaibani; Exhibits Volume I to Plaintiff's Motion for a Preliminary Injunction; and Exhibits Volume II to Plaintiff's Motion for a Preliminary Injunction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

Foggy Bottom Association,

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia Office of Planning, et al.,

CASE NUMBER  1:06CV00746

JUDGE: Richard J. Leon

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 04/24/2006

TO: (Name and address of Defendant)

District of Columbia Public Schools
825 North Capitol Street, NE, Suite 9076
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Bode
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W., 9th Floor
Washington, D.C.  20036

an answer to the complaint which is served on you with this summons, within  __20__  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                APR 2 4 2006

CLERK                                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> * | DATE<br>04-26-06 at 3:40 p.m. |
| NAME OF SERVER (PRINT)<br>Ambiko Guice | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Latisha Cannady, Legal Assistant, authorized to accept. Service was completed at 825 North Capitol Street, NE, Suite 9076, Washington, DC 20002.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    04-27-06
             Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

\*Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Plaintiff's Motion for a Preliminary Injunction; Proposed Order; Plaintiff's Demand for a Public Hearing; Notice of Manual Filing of Bulk Exhibits; Affidavit of Joy Howell; Affidavit of Scott D. Heiser, PE; Affidavit of Stefan Shaibani; Exhibits Volume I to Plaintiff's Motion for a Preliminary Injunction; and Exhibits Volume II to Plaintiff's Motion for a Preliminary Injunction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

013 pl

# UNITED STATES DISTRICT COURT
## District of Columbia

Foggy Bottom Association,

                              **SUMMONS IN A CIVIL CASE**

V.

District of Columbia Office of Planning, et al.,

CASE NUMBER 1:06CV00746

JUDGE: Richard J. Leon

CASI  DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 04/24/2006

TO: (Name and address of Defendant)

District of Columbia Department of
Consumer and Regulatory Affairs
949 North Capitol Street, NE
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Bode
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W., 9th Floor
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        APR 24 2006
_____        _____
CLERK                                                       DATE

*/s/ Heggins*
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint* was made by me[(1)] | DATE<br>04-26-06 at 4:45 p.m. |
| NAME OF SERVER *(PRINT)*<br>Ambiko Guice | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>By serving Elaine Booth, Contact Representative, authorized to accept. Service was completed at 441 4th Street, NW, Suite 201 South, Washington, DC 20001.</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   04-27-06
                     Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

*Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Plaintiff's Motion for a Preliminary Injunction; Proposed Order; Plaintiff's Demand for a Public Hearing; Notice of Manual Filing of Bulk Exhibits; Affidavit of Joy Howell; Affidavit of Scott D. Heiser, PE; Affidavit of Stefan Shaibani; Exhibits Volume I to Plaintiff's Motion for a Preliminary Injunction; and Exhibits Volume II to Plaintiff's Motion for a Preliminary Injunction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

O13 pl

# UNITED STATES DISTRICT COURT
## District of Columbia

Foggy Bottom Association,

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia Office of
Planning, et al.,

CASE NUMBER  1:06CV00746

JUDGE: Richard J. Leon

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 04/24/2006

TO: (Name and address of Defendant)   District of Columbia Zoning Commission
441 4th Street, NW, Suite 210 South
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Bode
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W., 9th Floor
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                       APR 2 4 2006

CLERK                                             DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint* was made by me[(1)] | DATE<br>04-26-06 at 4:45 p.m. |
| NAME OF SERVER (PRINT)<br>Ambiko Guice | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>By serving Elaine Booth, Contact Representative, authorized to accept. Service was completed at 441 4th Street, NW, Suite 201 South, Washington, DC 20001.</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04-27-06
              Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

*Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Plaintiff's Motion for a Preliminary Injunction; Proposed Order; Plaintiff's Demand for a Public Hearing; Notice of Manual Filing of Bulk Exhibits; Affidavit of Joy Howell; Affidavit of Scott D. Heiser, PE; Affidavit of Stefan Shaibani; Exhibits Volume I to Plaintiff's Motion for a Preliminary Injunction; and Exhibits Volume II to Plaintiff's Motion for a Preliminary Injunction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

40 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Foggy Bottom Association,

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia Office of Planning , et al.,

CASE NUMBER  1:06CV00746

JUDGE: Richard J. Leon

CASE  DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 04/24/2006

TO: (Name and address of Defendant)

District of Columbia Office of Planning
801 North Capitol Street, NE, Suite 4000
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Bode
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W., 9th Floor
Washington, D.C.  20036

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                          APR 2 4 2006
CLERK                                                DATE

_/s/ Lauren Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint* was made by me[(1)] | DATE<br>04-26-06 at 3:30 p.m. |
| NAME OF SERVER (PRINT)<br>Ambiko Guice | TITLE<br>Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __By serving Jennifer Steingasser, Deputy Director of Operations,__ __authorized to accept. Service was completed at 801 North Capitol Street, NE,__ __Suite 4000, Washington, DC 20002.__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __04-27-06__
           Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

*Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Plaintiff's Motion for a Preliminary Injunction; Proposed Order; Plaintiff's Demand for a Public Hearing; Notice of Manual Filing of Bulk Exhibits; Affidavit of Joy Howell; Affidavit of Scott D. Heiser, PE; Affidavit of Stefan Shaibani; Exhibits Volume I to Plaintiff's Motion for a Preliminary Injunction; and Exhibits Volume II to Plaintiff's Motion for a Preliminary Injunction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.