UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0746 (PLF) |
| DISTRICT OF COLUMBIA OFFICE OF PLANNING, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

Upon consideration of the Defendants' Motion to Dismiss, the Memorandum of Points and Authorities in Support thereof and in Opposition to Plaintiff's Motion for Preliminary Injunction, the entire record herein, and it appearing that Defendants' relief should be granted, it is hereby:

ORDERED, that the Defendants' Motion to Dismiss be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the Complaint is hereby DISMISSED with prejudice, and it is

FURTHER ORDERED, that Plaintiff's Motion for Preliminary Injunction is hereby DENIED as moot.

SO ORDERED.

DATE: _____    _____
PAUL L. FRIEDMAN
United States District Judge