UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA OFFICE OF )<br>PLANNING, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-746 (PLF) |

## ORDER

Upon consideration of the Defendants' Motion to Stay Discovery, the Memorandum of Points and Authorities in Support thereof, any opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendants' Motion to Stay Discovery be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that all discovery in this matter is hereby STAYED until the resolution of the District's dispositive motion.

SO ORDERED.

DATE: _____                    _____
                                             PAUL L. FRIEDMAN
                                             United States District Judge