UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-746 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA OFFICE OF ) | |
| PLANNING, *et al*., ) | |
| ) | |
| Defendants. ) | |

## JOINT REPORT PURSUANT TO LOCAL RULE 16.3(d)

Pursuant to LCvR 16.3, the parties, by undersigned counsel, hereby submit the following Report and Proposed Scheduling Order in the above-captioned matter.

1. CASE TRACKING: The plaintiff requests that this matter be assigned the schedule set forth in the attached Proposed Scheduling Order. This is an action against District of Columbia agencies. Plaintiff alleges that, *inter alia*, the District of Columbia has taken improper actions (and continues to take further improper actions) relating to zoning applications and zoning violations by The George Washington University in the Foggy Bottom/West End neighborhood. Plaintiff has filed a Motion for Preliminary Injunction. Defendants have filed a Motion to Dismiss and an Opposition to Preliminary Injunction, as well as a Motion to Stay Discovery pending the Court's ruling on their dispositive motion. Plaintiff intends to file a motion for leave to amend and a First Amended Complaint. If defendants' dispositive motion is not granted and discovery

proceeds, the parties anticipate filing motions for summary judgment after the completion of discovery.

    2.    DATE TO AMEND PLEADINGS/JOIN PARTIES:  Plaintiff anticipates filing a motion on May 26th, 2006 wherein it will seek leave to amend its Complaint. Amongst the anticipated amendments, Plaintiff will assert damages against the District in connection with the regulatory takings count.

    3.    MAGISTRATE/JUDGE:  Plaintiff believes that a magistrate should not be assigned to hear and resolve discovery-related matters, and Plaintiff requests that all matters be assigned to a judge. Defendants, at this time, agree that this case should not be assigned to a magistrate judge.

    4.    SETTLEMENT:  Although the parties would prefer to resolve the dispute amicably, there is no current realistic possibility of settling the case.

    5.    ALTERNATIVE DISPUTE RESOLUTION:  Alternative Dispute Resolution, including mediation, is not appropriate for this matter.

    6.    SUMMARY JUDGMENT:  See paragraph 1, above.

    7.    INITIAL DISCLOSURES:  Plaintiff expects to file, on May 26th, 2006, a motion for expedited discovery on its Motion for Preliminary Injunction.  The defendants believe that no discovery is necessary or appropriate here, for the reasons set forth in their Motion to Stay Discovery. Notwithstanding this, if discovery proceeds, the parties agree that Fed.R.Civ.P. 26(a)(1) initial disclosures shall be made no later than thirty (30) days after entry of the Court's Scheduling Order in this matter.

    8 and 9.    DISCOVERY and EXPERTS:  Plaintiff expects to file, on May 26th, 2006, a motion for expedited discovery on its Motion for Preliminary Injunction,

with such expedited discovery closing thirty (30) days after the date of the Court's Scheduling Order in this matter.  Plaintiff also expects to file a motion requesting an extension of time to file its Reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, and that such Reply be due no later than ten (10) days after the close of expedited discovery.  Plaintiff also expects that such motion shall further request that a hearing on its Motion for Preliminary Injunction be set for twenty (20) days after the close of expedited discovery.  The defendants believe that no discovery is necessary or appropriate here, for the reasons set forth in their Motion to Stay Discovery.

      Plaintiff suggests that all Post-Rule 26(a) Discovery Requests shall be served by no later than ninety (90) days after the date of the Court's Scheduling Order in this matter; that all fact discovery shall be completed no later than one-hundred and twenty (120) days after the date of the Court's Scheduling Order in this matter; that Plaintiff shall file its Rule 26(a)(2) Statements and expert reports by no later than sixty (60) days after the date of the Court's Scheduling Order in this matter; Plaintiff suggests that if discovery proceeds, that Defendants shall file their Rule 26(a)(2) Statements and expert reports by no later than ninety (90) days after the date of the Court's Scheduling Order in this matter; and that all expert depositions, and all discovery, be completed by no later than one-hundred and twenty (120) days after the date of the Court's Scheduling Order in this matter.  Plaintiff suggests that each party shall be permitted to take 10 depositions and that each party shall be permitted to propound forty (40) Interrogatories.

      Defendants oppose plaintiff's proposed Schedule for the reasons set forth in their Motion to Stay Discovery, and seek leave of the Court to confer with plaintiff and

propose a discovery schedule if and when defendants' Motion to Stay Discovery is denied.

      10.    CLASS ACTIONS: Not applicable.

      11.    BIFURCATION: The parties do not believe this case is appropriate for bifurcation.

      12.    PRETRIAL CONFERENCE: The parties agree that in the event that the Court denies the defendants' motion to dismiss, the pretrial conference should be set for 60 days after the close of all discovery.

      13.    TRIAL: Trial may be scheduled at the Court's convenience at the Pretrial Conference, if one is held; however, the Plaintiff requests that trial be scheduled within thirty (30) to sixty (60) days from the date of the Pretrial Conference.

      14.    SCHEDULING ORDER: Plaintiff submits a proposed Scheduling Order, attached hereto, while defendants have appended a proposed Order staying discovery until further order of the Court.

Respectfully submitted,

| _____s/_____ | _____s/_____ |
|---|---|
| William H. Bode (Bar No. 113308) | Andrew J. Saindon (Bar No. 456987) |
| Peter Grenier (Bar No. 418570) | Assistant Attorney General |
| Stefan Shaibani (Bar No. 490024) | Equity 1 Section |
| BODE & GRENIER, LLP | 441 Fourth Street, N.W. 6th Floor South |
| 1150 Connecticut Avenue, N.W. | Washington, DC 20001 |
| Ninth Floor | Tel: (202) 724-6643 |
| Washington, DC 20036 | Fax: (202) 727-0431 |
| Tel: (202) 862-4300 | *Counsel for Defendants* |
| Fax: (202) 828-4130 | |
| Attorneys for Plaintiff | |
| *Counsel for Plaintiff* | |