UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
FOGGY BOTTOM ASSOCIATION,        )
                                 )
    Plaintiff,                   )
                                 )
    vs.                          )
                                 ) Court No. 06 Civ. 0746 (PLF)
DISTRICT OF COLUMBIA OFFICE OF   )
PLANNING, *et al.*,              )
                                 )
    Defendants.                  )
_____)

## SCHEDULING ORDER

Upon consideration of the pleadings in this matter to date, it is, by the Court, this ___ day of _____, 2006, hereby ORDERED:

1.    Plaintiff shall file a motion to amend its Complaint on or before **May 26th, 2006**.

2.    Plaintiff shall file a motion for expedited discovery on its Motion for Preliminary Injunction on or before **May 26th, 2006**, wherein Plaintiff shall request that such expedited discovery close **thirty (30) days after the date of the Court's Scheduling Order in this matter**.

3.    On or before **May 26th, 2006**, Plaintiff shall file a motion for an extension of time in which to file its Reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, wherein Plaintiff shall request that such Reply be due no later than **ten (10) days after the close of expedited discovery**. Plaintiff shall further request therein that a hearing on its Motion for Preliminary Injunction be set for **twenty (20) days after the close of expedited discovery**.

4. The parties shall make their Fed.R.Civ.P. 26(a)(1) initial disclosures no later than **thirty (30) days after the date of the Court's Scheduling Order in this matter**.

5. The parties shall serve all post-Rule 26(a) Discovery Requests no later than **ninety (90) days after the date of the Court's Scheduling Order in this matter**.

6. All fact discovery shall be completed by no later than **one-hundred and twenty (120) days after the date of the Court's Scheduling Order in this matter**. Each party shall be permitted to take ten (10) depositions and serve forty (40) Interrogatories on any other party.

7. Plaintiff shall file its Rule 26(a)(2) Statements and expert reports no later than **sixty (60) days after the date of the Court's Scheduling Order in this matter**.

8. Defendants shall file their Rule 26(a)(2) Statements and expert reports no later than **ninety (90) days after the date of the Court's Scheduling Order in this matter**.

9. All expert depositions, and all discovery, shall be completed no later than **one-hundred and twenty (120) days after the date of the Court's Scheduling Order in this matter**.

10. All dispositive motions shall be filed no later than **one-hundred and fifty (150) days after the date of the Court's Scheduling Order in this matter**.

12. The Pretrial Conference shall be scheduled approximately sixty (60) days after the close of all discovery.

13. All matters and disputes involving discovery shall be assigned to a judge.

_____
PAUL L. FRIEDMAN
United States District Judge

Copies to:

William H. Bode (Bar No. 113308)
Peter Grenier (Bar No. 418570)
Stefan Shaibani (Bar No. 490024)
BODE & GRENIER, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC 20036
Tel:  (202) 862-4300
Fax: (202) 828-4130
Attorneys for Plaintiff
*Counsel for Plaintiff*

Andrew J. Saindon (Bar No. 456987)
Assistant Attorney General
Equity 1 Section
441 Fourth Street, N.W. 6th Floor South
Washington, DC 20001
Tel: (202) 724-6643
Fax: (202) 727-0431
*Counsel for Defendants*