UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
FOGGY BOTTOM ASSOCIATION            )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 06-746 (PLF)
                                    )
DISTRICT OF COLUMBIA OFFICE OF      )
        PLANNING, *et al.*,         )
                                    )
            Defendants.             )
_____ )

## AMENDED CONSENT MOTION TO RESCHEDULE MEET AND CONFER STATUS CONFERENCE

Plaintiff respectfully moves the Court to reschedule the Meet and Confer Status Conference in this matter as a result of counsel's unavailability (as a result of previously-booked out-of-town business travel). Defendants consent to such rescheduling. The Meet and Confer Status Conference is presently set for June 5, 2006 at 2:00 p.m.

Counsel proposes that the Meet and Confer Status Conference be rescheduled for: 1) May 31, 2006 at any time; 2) June 1, 2006 at any time; 3) June 2, 2006 at any time; or 4) any other time convenient to the Court.

Respectfully submitted,


_____**s/**_____
William H. Bode (Bar No. 113308)
Peter Grenier (Bar No. 418570)
Stefan Shaibani (Bar No. 490024)
BODE & GRENIER, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC 20036
Tel:  (202) 862-4300
Fax: (202) 828-4130
Attorneys for Plaintiff
*Counsel for Plaintiff*

Consented to:
_____**s/**_____
Andrew J. Saindon (Bar No. 456987)
Assistant Attorney General
Equity 1 Section
441 Fourth Street, N.W. 6th Floor South
Washington, DC 20001
Tel: (202) 724-6643
Fax: (202) 727-0431
*Counsel for Defendants*