UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION,          )<br>                                                            )<br>         Plaintiff,                                   )<br>                                                            )<br>         vs.                                             )<br>                                                            ) Court No. 06 Civ. 0746 (RJL)<br>DISTRICT OF COLUMBIA OFFICE OF )<br>PLANNING, *et al.*,                             )<br>                                                            )<br>         Defendants.                           )<br>                                                            ) | |

### **ORDER**

Upon consideration of plaintiff's motion for leave to amend complaint, defendants' opposition thereto, and all other pertinent papers, it is hereby

ORDERED that plaintiff's motion for leave to amend complaint is GRANTED;

ORDERED that plaintiff's First Amended Complaint shall be deemed filed today; and it is further

ORDERED that defendants shall answer or otherwise respond to plaintiff's First Amended Complaint on or before _____, 2006.

Dated: _____, 2006           _____
                                                                           Paul L. Friedman, Judge