GOVERNMENT
OF
THE DISTRICT OF COLUMBIA

+ + + + +

ZONING COMMISSION

+ + + + +

REGULAR MEETING
1207th MEETING SESSION (9th OF 2006)

Case Number 06-12
George Washington University

+ + + + +

THURSDAY
APRIL 20, 2006

+ + + + +

The Regular Meeting of the District of Columbia Zoning Commission convened at 7:13 p.m. in the Office of Zoning Hearing Room at 441 4th Street, Northwest, Washington, D.C., Carol J. Mitten, Chairperson, presiding.

ZONING COMMISSION MEMBERS PRESENT:

    CAROL J. MITTEN          Chairperson
    ANTHONY J. HOOD          Vice Chairman
    MICHAEL TURNBULL         Commissioner (AOC)
    GREGORY JEFFRIES         Commissioner
    JOHN G. PARSONS          Commissioner (NPS)

OFFICE OF ZONING STAFF PRESENT:

    SHARON SCHELLIN, Acting Secretary, Office of
        Zoning

NEAL R. GROSS
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

Exhibit 9

OFFICE OF PLANNING STAFF PRESENT:

    ELLEN McCARTHY
    MAXINE BROWN-ROBERTS
    JENNIFER STEINGASSER
    TRAVIS PARKER
    JOEL LAWSON
    STEVE COCHRAN
    KAREN THOMAS

D.C. OFFICE OF THE ATTORNEY GENERAL PRESENT:

    JACOB RITTING, ESQ.
    MARY NAGELHOUT, ESQ.
    LORI MONROE, ESQ.

    This transcript constitutes the minutes from the Regular Meeting held on Thursday, April 20, 2006.

A G E N D A

Hearing Action - Office of Planning

    Z.C. Case Number 06-12 (George Washington
    University -- 1st Stage PUD and Related
    May Amendment)................................ 4

    Vote to Set Down............................ 35

1  significantly before a hearing time would be available
2  for this case, but it -- it will confirm that the
3  numbers that GW are reporting are accurate and if the
4  Zoning Administrator has any problems with the
5  methodology that -- that the university has used, he
6  will report those as well.
7            MS. MCCARTHY:  We -- we fully expect that
8  to -- to -- there were -- there were a number of
9  concerns raised by the community about the fact that
10 the university was out of compliance and, therefore,
11 we shouldn't proceed.
12           COMMISSIONER PARSONS:  Correct.
13           MS. MCCARTHY:  And we said we ought to
14 test whether the university is in compliance or not,
15 do a formal process, agree everybody on what should be
16 counted and what shouldn't be counted, bring in an
17 outside auditor which the university agreed to and as
18 the rules say, we can't proceed with further action on
19 the -- on the GW's part if they're not in compliance.
20 So, if it turns out that they're not in compliance,
21 then the hearing gets postponed and the university has
22 to go back into compliance before they could proceed
23 with the PUDs which in effect would be further
24 processing.
25           COMMISSIONER PARSONS:  Well, that's the

1  answer I was looking for. Because I couldn't see how
2  we could proceed if we were out of compliance.
3          MS. MCCARTHY: Oh, you know, we -- we
4  don't think we should proceed if the university's out
5  of compliance.
6          CHAIRPERSON MITTEN: That's actually a
7  provision of the -- of the existing campus point.
8          COMMISSIONER PARSONS: Right.
9          CHAIRPERSON MITTEN: Yeah.
10         COMMISSIONER PARSONS: Right. So --
11         MS. MCCARTHY: A provision that was tested
12 legally and upheld specifically by a judge.
13         COMMISSIONER PARSONS: Right. So, here we
14 are asked to set this down awaiting an audit that
15 should be available you say when?
16         MR. PARKER: I'm told early June, but I
17 don't -- I -- it hasn't been contracted yet. It's in
18 -- he's in the process now.
19         COMMISSIONER PARSONS: So, why shouldn't
20 we wait for that? I mean I know you're ready to go.
21         MR. PARKER: Right.
22         COMMISSIONER PARSONS: That's a good
23 reason, but --
24         MR. PARKER: Well, we have no reason to
25 believe at this time that the results are going to be

1 any different than what you've got now and so, waiting
2 for that would simply put us three months behind. You
3 know, we -- we simply have another set down hearing.
4 Set another public hearing for the results that we
5 think you already have in front of you.
6     COMMISSIONER PARSONS: I see.
7     MS. MCCARTHY: Basically, we weren't
8 interested in wasting the Commission's time or anybody
9 else's if the university was out of compliance. We
10 reviewed with the university very carefully their
11 numbers. The only discrepancy that we would expect to
12 see is if the independent auditor finds that the
13 university has not reported its numbers accurately and
14 so, given that, it appears from all of the numbers
15 that we've seen from the university that they're in
16 compliance given that part of the reason why the count
17 has been delayed was not GW's fault, but sort of
18 getting Zoning Administrator and the community and the
19 Office of Planning together and talking about what
20 ought to be counted and not counted and the rest of
21 it.
22     It didn't -- it didn't seem reasonable to
23 impose a further delay as long as we all had
24 acknowledged that if they're not in compliance nothing
25 should go forward.