**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Court No. 06 Civ. 0746 (PLF) |
| DISTRICT OF COLUMBIA OFFICE OF | ) |
| PLANNING, *et al.*, | ) |
| | ) |
| Defendants. | ) |

_____)

<u>PROPOSED ORDER</u>

Upon consideration of plaintiff's motion for expedited discovery, defendants' motion to stay discovery, and the entire record herein, it is hereby:

ORDERED that defendant's motion to stay discovery is DENIED;

ORDERED that plaintiff's motion for expedited discovery is GRANTED;

ORDERED that plaintiff is granted an extension of time to file its reply to Defendants' May 19, 2006 Opposition to Plaintiff's Motion for a preliminary injunction Preliminary Injunction, with said reply to be filed no later than ten (10) days after the close of expedited discovery;

ORDERED that the discovery attached as *Exhibits* 1 through 8 to Plaintiff's Motion for Expedited Discovery and Opposition to Defendant's Motion to Stay Discovery shall be governed by the Expedited Discovery Schedule set forth herein; and

ORDERED that the following shall be the Expedited Discovery Schedule in this matter:

1. The party upon whom interrogatories are served pursuant to Fed. R. Civ. P. 33 shall serve a copy of the answers, and objections if any, within <u>14 days</u> after the service of the interrogatories.

2.      The party upon whom requests for admission are served pursuant to Fed. R. Civ. P. 36 shall serve a copy of the answers, and objections if any, within <u>14 days</u> after the service of the request.

3.      The party upon whom a request for production of documents and things is served pursuant to Fed. R. Civ. P. 34 shall serve a written response within <u>14 days</u> after the service of the request.

4.      14 days shall be considered "reasonable notice" and a "reasonable time for compliance" with notices of deposition and/or subpoenas issued pursuant to Fed. R. Civ. P. 30 and/or Fed. R. Civ. P. 45.

5.      Expedited Discovery shall close thirty (30) days after the date of this Order.

6.      In the event a Motion to quash is filed, the expedited discovery deadline shall be tolled until disposition of Motion.

Dated: _____, 2006            _____
                                             Paul L. Friedman, Judge