**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Court No. 06 Civ. 0746 (RJL) |
| DISTRICT OF COLUMBIA OFFICE OF | ) |
| PLANNING, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7,

plaintiff, the Foggy Bottom Association, respectfully requests the Court for an extension of time

of 10 days within which to respond to defendant's motion to dismiss.  Plaintiff's response to

defendant's motion to dismiss is currently due on May 30, 2006.  Counsel's extremely busy

schedule has prevented him from responding to defendant's motion to dismiss.  Further, on May

26, 2006, plaintiff filed a motion for leave to amend complaint and a proposed First Amended

Complaint.  Plaintiff's motion for leave to amend, if granted, would render moot defendant's

motion to dismiss.  On May 23, 2006, Andrew J. Saindon, counsel for the District of Columbia,

consented to the relief sought in this motion.

Plaintiff thus respectfully requests the Court to grant plaintiff an extension of time of 10

days, through and including June 9, 2006, within which to respond to defendant's motion to

dismiss.

Respectfully submitted,

Dated: May 30, 2006

/s/ William Bode
William H. Bode (Bar No. 113308)
Peter Grenier (Bar No. 418570)

Stefan Shaibani (Bar No. 490024)
BODE & GRENIER, LLP
1150 Connecticut Ave, NW, 9th Fl.
Washington, DC 20036
Tel:  (202) 862-4300

*Attorneys for Foggy Bottom Ass'n*

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I electronically filed "PLAINTIFF'S CONSENT

MOTION FOR AN EXTENSION OF TIME," and that service was thus effected upon

defendants' counsels in accordance with Local Civil Rule 5.4(d).


/s/ William Bode