UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Court No. 06 Civ. 0746 (RJL) |
| DISTRICT OF COLUMBIA OFFICE OF PLANNING, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of plaintiff's consent motion for an extension of time, it is hereby

ORDERED that plaintiff's motion is GRANTED; and it is further

ORDERED that plaintiff shall file its response to defendant's motion to dismiss on or before June 9, 2006.

Dated: _____, 2006        _____
                                                                    Paul L. Friedman, Judge