UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-746 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA OFFICE OF ) | |
| PLANNING, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the Plaintiff's Motion for Leave to Amend Complaint, the Memorandum of Points and Authorities in Support thereof and in Opposition thereto, the entire record herein, and it appearing that the relief should be denied, it is hereby

ORDERED, that the Plaintiff's Motion for Leave to Amend Complaint be, and hereby is, DENIED, for the reasons stated in Defendants' Opposition.

SO ORDERED.

DATE: _____          _____
                                  PAUL L. FRIEDMAN
                                  United States District Judge