UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA OFFICE OF )<br>PLANNING, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-746 (PLF) |

ORDER

Upon consideration of the Plaintiff's Motion for Expedited Discovery, the Memorandum of Points and Authorities in Support thereof and in Opposition thereto, the entire record herein, and it appearing that the relief should be denied, it is hereby:

ORDERED, that the Plaintiff's Motion for Expedited Discovery be, and hereby is, DENIED, for the reasons stated in Defendants' Opposition.

SO ORDERED.

DATE: _____      _____
                                                                                   PAUL L. FRIEDMAN
                                                                                   United States District Judge