UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Court No. 06 Civ. 0746 (RJL) |
| DISTRICT OF COLUMBIA OFFICE OF ) | |
| PLANNING, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of defendants' motion to dismiss plaintiff's complaint, plaintiff's opposition thereto, and the entire record herein, it is hereby

ORDERED that defendants' motion to dismiss is DENIED; it is further

ORDERED that defendants shall answer or otherwise respond to plaintiff's First Amended Complaint on or before _____, 2006.


Dated: _____, 2006            _____
                                                                    Paul L. Friedman, Judge