UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION,                    )<br>                                                                          )<br>                    Plaintiff,                                    )<br>                                                                          )<br>          v.                                                          )<br>                                                                          )<br>DISTRICT OF COLUMBIA OFFICE       )<br>          OF PLANNING,     *et al.*,                  )<br>                                                                          )<br>                    Defendants.                             )<br>                                                                          ) | Civil Action No. 06-0746 (PLF) |

<u>ORDER</u>

Upon consideration of the Defendants' Motion to Dismiss the First Amended Complaint, the Memorandum of Points and Authorities in Support thereof and any opposition thereto, the entire record herein, and it appearing that Defendants' relief should be granted, it is hereby:

ORDERED, that the Defendants' Motion to Dismiss the First Amended Complaint be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the First Amended Complaint is hereby DISMISSED with prejudice, and it is

FURTHER ORDERED, that Plaintiff's Motion for Preliminary Injunction is hereby DENIED as moot.

SO ORDERED.


DATE: _____          _____
                                                                    PAUL L. FRIEDMAN
                                                                    United States District Judge