## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Court No. 06 Civ. 0746 (RJL) |
| DISTRICT OF COLUMBIA OFFICE OF PLANNING, *ET AL.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Dated: July 18, 2006

/s/ William Bode
William H. Bode (Bar No. 113308)
Peter Grenier (Bar No. 418570)
Stefan Shaibani (Bar No. 490024)
BODE & GRENIER, LLP
1150 Connecticut Ave, NW, 9th Fl.
Washington, DC 20036
Tel:  (202) 862-4300

*Attorneys for Foggy Bottom Ass'n*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) Court No. 06 Civ. 0746 (RJL) |
| DISTRICT OF COLUMBIA OFFICE OF PLANNING, *ET AL.*, | ) |
| | ) |
|     Defendants. | ) |

### **PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

Plaintiff, the Foggy Bottom Association ("FBA"), respectfully requests the Court's leave to file a reply to the motion for a preliminary injunction. Plaintiff's motion for a preliminary injunction was filed concurrently with the complaint on April 25, 2006. Defendants filed their opposition to plaintiff's motion for a preliminary injunction (pursuant to an extension request) on May 19, 2006. Plaintiff did not file a reply to the motion for preliminary injunction because plaintiff had filed a motion for expedited discovery on May 26, 2006, seeking discovery on matters pertinent to the motion for a preliminary injunction. Plaintiff intended to file its reply to the motion for a preliminary injunction upon conducting the limited discovery sought in its motion for expedited discovery. However, on June 6, 2006, the Court granted defendants' motion to stay discovery, staying all discovery pending disposition of defendants' motion to dismiss. The Court's minute order did not expressly deny plaintiff's motion for expedited discovery.

On June 28, 2006, the Court granted plaintiff's motion for leave to amend the complaint. The Court's minute order presumably rendered moot defendants' motion to dismiss the original complaint. Although defendants represented to the Court during the June 13, 2006 status

2

conference that they would not be filing a motion to dismiss the First Amended Complaint, defendants nonetheless filed a motion to dismiss the First Amended Complaint on July 13, 2006, a week before the July 20, 2006 hearing on plaintiff's motion for a preliminary injunction. On July 17, 2006, the Court issued an order postponing oral argument on plaintiff's motion for a preliminary injunction pending disposition of defendants' motion to dismiss the First Amended Complaint.

In light of these developments, plaintiff respectfully requests the Court's leave to file a reply to the motion for a preliminary injunction. Plaintiff's reply contains attachments—including declarations from counsel on the District's failure to conduct an independent audit of GW's reported student headcounts as the District had announced it would do by early June 2006, and an expert report from an accountant establishing that GW is currently in violation of Conditions 8 and 9(a)-(b) of the Final Order governing student and faculty headcount caps and the minimum number of on-campus beds that must be provided to undergraduate students at GW—which would aid the Court in resolving plaintiff's motion for a preliminary injunction.

## CONCLUSION

For the above reasons, plaintiff respectfully requests the Court to grant plaintiff leave to file a reply to the motion for a preliminary injunction.

Respectfully submitted,

Dated: July 18, 2006

/s/ William Bode
William H. Bode (Bar No. 113308)
Peter Grenier (Bar No. 418570)
Stefan Shaibani (Bar No. 490024)
BODE & GRENIER, LLP
1150 Connecticut Ave, NW, 9th Fl.
Washington, DC 20036
Tel: (202) 862-4300

*Attorneys for Foggy Bottom Ass'n*

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2006, I electronically filed "PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM" and "ORDER," and that service was thus effected upon defendants' counsels in accordance with Local Civil Rule 5.4(d).

/s/ William Bode