UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Court No. 06 Civ. 0746 (RJL) |
| DISTRICT OF COLUMBIA OFFICE OF PLANNING, *ET AL.*, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of plaintiff's motion for leave to file reply memorandum, it is hereby

ORDERED that plaintiff's motion is GRANTED; and it is further

ORDERED that plaintiff's reply memorandum and its attached declarations shall be deemed timely filed and part of the record pertaining to the motion for a preliminary injunction.

Dated: _____, 2006          _____
                                                                    Paul L. Friedman, Judge