UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, )<br><br>Plaintiff, )<br><br>vs. )<br><br>DISTRICT OF COLUMBIA OFFICE OF )<br>PLANNING, *ET AL.*, )<br><br>Defendants. ) | ) <br>)<br>)<br>)<br>)<br>) Court No. 06 Civ. 0746 (RJL)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JEREMY TISHLER

I, Jeremy Tishler, declare as follows:

1. I am an attorney at the law firm of Bode & Grenier, LLP. I submit this declaration in support of plaintiff's motion for a preliminary injunction.

2. From April-May 2006, I submitted several Freedom of Information Act ("FOIA") requests to the District of Columbia seeking documentation indicating whether the Office of Planning or the Zoning Commission had conducted or commissioned an independent audit of GW's student and faculty headcounts.

3. On April 26, 2006, the District of Columbia responded to my FOIA request, stating that the District was not in possession of any documents suggesting that the Zoning Commission or the Office of Planning had commissioned an independent auditor to conduct an audit of GW's student and faculty headcounts. Attached hereto as Exhibit A is a true and correct copy of the District of Columbia's April 26, 2006 response to my FOIA request.

4. On May 16, 2006, the Office of Planning confirmed that it had "no responsive documents" to my FOIA request. Attached here as Exhibit B is a true and correct copy of the District of Columbia Office of Planning's May 16, 2006 email response.

5.  I have since repeatedly attempted to ascertain, via telephonic and email inquiries, whether the District has commissioned or conducted an independent audit of GW's student and faculty headcounts. On July 6, 2006, Deborah Britt, the appropriate District FOIA Officer, informed me that the District had not selected an independent auditor nor awarded a contract for auditing GW's student and faculty headcounts. I have not received contrary information from the District since then.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 16, 2006

_____
Jeremy Fishler
BODE & GRENIER, LLP
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036

# Government of the District of Columbia

OFFICE OF ZONING

★ ★ ★



441 4TH STREET, N.W.
SUITE 210
WASHINGTON, D.C. 20001
(202) 727-6311

April 26, 2006

Jeremy S. Tishler, Esq.
Bode & Grenier LLP
1150 Connecticut Avenue, N.W., 9th Floor
Washington, D.C. 20036-4192

Re: George Washington University – FOIA Request

Dear Mr. Tishler:

The Office of Zoning (OZ) received your letter (attached) dated April 24, 2006, requesting all documents related to the hiring of an independent auditor to audit George Washington University's compliance with the conditions of the GWU Campus Plan and/or Final Order on Remand dated January 23, 2002. Please be advised that all documents in OZ's possession related to the current GWU Campus Plan and/or Final Order on Remand can be found in the files and hearing/meeting transcripts of Board of Zoning Adjustment Application Nos. 16553, 16553-A through 16553-I. Additionally, in the immediate future, such information may possibly be submitted to the files of Zoning Commission Application Nos. 06-11 and 06-12, GWU Campus Plan 2006-2025 and PUD and Map Amendments, respectively. These applications were filed with the Zoning Commission on February 15, 2006. OZ's review of these files has not identified the specific information that you requested. However, these files/documents are publicly accessible by either personally visiting the OZ or our web site located at www.dcoz.dc.gov.

The aforementioned files/documents, which do not appear to contain the records specifically responsive to your request, will be available for your inspection Monday through Friday, during business hours at 441 4th Street, N.W., Suite 200, Washington, D.C. 20001. If after inspection of the records you wish to make copies, you will be charged a fee of $0.20 a page. If you have any questions relevant to the foregoing please call Richard S. Nero, Jr., Chief, Support Services and Quality Control/FOIA Officer at (202) 727-6311.

Exhibit A

SINCERELY,

JERRILY R. KRESS, FAIA
Director, Office of Zoning

rsn
cc:   Esther Bushman, General Counsel
      Travis Parker, Office of Planning
      Bill Crews, DCRA

## Jeremy S. Tishler

**From:** Mike Johnson [mike.johnson@dc.gov]
**Sent:** Tuesday, May 16, 2006 10:14 AM
**To:** Jeremy S. Tishler
**Subject:** FOIA Foggy Bottom Association and Square 54 Development

Dear Mr. Tishler,

This email is to inform you that the Office of Planning (OP) is in receipt of your Freedom of Information Act (FOIA) request dated May 15, 2006 in regards to documents related to the Foggy Bottom Association and Square 54 Development.

The Office of Planning has no responsive documents.

Sincerely,

Michael A. Johnson
Public/Visual Information/FOIA Officer
DC Office of Planning
801 North Capitol St., NE
Suite 4000
Washington, DC 20002
202.442.7622 voice
202.442.7638 fax
mike.johnson@dc.gov

1

**Exhibit B**