UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>DISTRICT OF COLUMBIA OFFICE OF PLANNING, *ET AL.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Court No. 06 Civ. 0746 (RJL)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF STEFAN SHAIBANI

I, Stefan Shaibani, declare as follows:

1. I am counsel for the Foggy Bottom Association. I submit this declaration in support of plaintiff's motion for a preliminary injunction.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the April 20, 2006 regular meeting of the District of Columbia Zoning Commission ("Zoning Commission") pertaining to the George Washington University's ("GW") "application to the District of Columbia Zoning Commission for first stage review and approval of a planned unit development and zoning map amendment for the Foggy Bottom Campus" and "the Foggy Bottom Campus Plan: 2006-2025" ("application and new campus plan").

3. On April 20, 2006, the Zoning Commission set down for public hearing GW's application and proposed text amendment to the District's zoning regulations. Ex. A at 35-36. The Zoning Commission and the Office of Planning both agreed that if GW were not in compliance with the Board of Zoning Adjustment's January 23, 2002 Final Order governing GW's existing campus plan, the Zoning Commission would not consider GW's application and proposed text amendment. Ex. A at 27-29.

4.   The Zoning Commission was to conduct an independent audit of GW to determine if it is in compliance with the conditions of the BZA's Final Order, including Condition 8 governing GW's student and faculty headcount caps. Ex. A. at 15-16, 27-28. This audit was to have been conducted in June 2006. Ex. A at 29. To this day, the Zoning Commission has neither conducted nor commissioned the independent audit. *See* Declaration of Jeremy Tishler.

5.   The Zoning Commission's set down hearing on GW's application and proposed text amendment is scheduled to take place in September 2006. Ex. A at 34.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 17, 2006

*[signature]*

Stefan Shaibani (Bar No. 490024)
BODE & GRENIER, LLP
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036