# ies NATIONAL CENTER for EDUCATION STATISTICS

## COOL: COLLEGE OPPORTUNITIES ONLINE LOCATOR

*See and compare profiles of nearly 7,000 colleges and universities across the nation*

### SEARCH RESULTS

- Refine Search
- New Search
- Compare Institutions

The search produced 1 institution:

- With "george washington" in their name

| Name ▼ | City | State | Number of students |
|---|---|---|---|
| George Washington University | Washington | DC | 24,092 |

**Exhibit C**

**ies** NATIONAL CENTER FOR EDUCATION STATISTICS

# COOL · COLLEGE OPPORTUNITIES ONLINE LOCATOR ·
*See and compare profiles of nearly 7,000 colleges and universities across the nation*

PROFILE FOR: **George Washington University**

Print Page

## ENROLLMENT

Fall enrollment - 2004

| | |
|---|---:|
| **Total enrollment:** | 24,092 |
| **Undergraduate enrollment:** | 10,967 |

### Attendance status
- 11% Part-time
- 89% Full-time

### Gender
- 44% Men
- 56% Women

### Race/ethnicity



- White non-Hispanic: 63.7%
- Black non-Hispanic: 6.1%
- Hispanic: 4.6%
- Asian/Pacific Islander: 9.4%
- American Indian/Alaska Native: 0.4%
- Race/ethnicity unknown: 11.6%
- Nonresident alien: 4.2%