

# THE GEORGE WASHINGTON UNIVERSITY
WASHINGTON DC

VICE PRESIDENT AND GENERAL COUNSEL

February 28, 2006

Ms. Jerrily R. Kress
Director, Office of Zoning
441 Fourth Street, NW, 2nd Floor
Washington, D.C. 20001

Mr. Bill Crews
Zoning Administrator
Department of Consumer and Regulatory Affairs
941 North Capitol Street, NE, 2nd Floor
Washington, D.C 20002

Ms. Ellen McCarthy
Acting Director, Office of Planning
801 North Capitol Street, NE, 4th Floor
Washington, D.C. 20002

Mr. Vincent Micone
Chair, ANC 2A
1099 22nd Street, NW
Apt. 1005
Washington, D.C. 20037

Ms. Barbara Spillinger
Advisory Committee
2500 Virginia Avenue, NW
Washington, D.C. 20037

Re: Biannual Reports Required for GW Foggy Bottom Campus Plan;
BZA Application No. 16553F

Dear Gentlepersons:

Enclosed please find copies of the reports required by Conditions 9(c) and 17 of the BZA Second Remand Order in the above-referenced Campus Plan application. Attachment A is the information required under Condition 9(c), i.e., data on enrollment (as of the end of the fourth week of classes), number of beds available in various locations, and the number of full time undergraduates occupying those beds as of the date of this report. Please note, as we have previously advised, that the final census for the semester will not be available until the sixth week of classes, after the required reporting date.

Included as Attachment B is the data required by Condition 17 on the local addresses of full time undergraduates not living in University residence halls. As we have previously advised, reliable local address information is only available at this time for the previous semester, given the amount of time it takes to collect this data and have it audited as required. Thus, data for Fall 2005 is included in Attachment B.

Finally, please be advised that the University has filed an application for a new Campus Plan which would, as proposed, continue to require the University to provide the information stated herein. The Plan also includes proposals to clarify the reporting

2100 PENNSYLVANIA AVENUE, NW • SUITE 250 • WASHINGTON, DC 20052 • 202-994-6503 • FAX 202-994-4640

Exhibit D

procedures, as well modify the reporting dates to align with standard University reporting dates (i.e., semester census).

Sincerely,

*C. K. Barber*

Charles K. Barber
Senior Counsel

Attachments

# ATTACHMENT A

February 28, 2006

## Information Required By Condition 9(c) Of BZA Second Remand Order For Fall 2005

1) Number of full time undergraduates enrolled in Spring 2006:   7702[1]
   Average for Fall 2005 and Spring 2006:   8121

2) Number of beds on campus:   5580
   a. University supplied beds: 5512
   b. Other beds on campus:[2]   68
   c. Number of beds occupied by full time undergraduates: 5118
   Number of beds under development:[3]  605

3) Number and location of University-supplied beds outside of the Foggy Bottom/West End area[4]:  0

4) Number and location of University-supplied beds (a) occupied by and (b) made available to its full time undergraduates students within Foggy Bottom/West End:

| Hall | Address | Total Undergraduate Capacity | Total Undergraduate Occupancy |
|---|---|---|---|
| The Aston | 1129 New Hampshire Avenue, NW | 151 | 133 |
| Hall on Virginia Avenue | 2601 Virginia Avenue, NW | 462 | 449 |
| Pennsylvania House | 2424 Pennsylvania Ave. N.W. | 0 | 0 |
| City Hall | 950 24th Street, NW | 532 | 396 |
| 2144 F Street | 2144 F Street NW | 4 | 2 |
| Columbia Plaza[5] | Virginia Avenue, NW between 23rd & 24th Streets | 228 | 183 |
| TOTAL | | 1377 | 1163 |

---

[1] This is enrollment is as of February 13, 2006.
[2] Total of all beds occupied by full time undergraduates in on-campus facilities not owned by GW based upon Fall 2005 survey of local addresses.
[3] Includes 379 beds in Square 103 residence hall currently under construction and scheduled for completion by fall 2006. In addition, includes beds to be brought on line during spring/summer 2006 through reconfiguration of existing rooms, addition of infrastructure and construction of new rooms in existing residence halls to increase on-campus housing capacity.
[4] This count excludes beds on the GW Mount Vernon campus, which is the subject of a separate campus plan order.
[5] The University owns a minority interest in the partnership that owns the Columbia Plaza Apartments. This bed counts include the number of beds in Columbia Plaza that full time undergraduate students lease directly from the owner, but to which the University referred those students pursuant to its agreement with the owner. The figures provided above do not, however, include beds occupied by any GW graduate student, faculty or staff, nor any undergraduate student who may lease rooms directly from the owner, rather than being directed by the University.

February 28, 2006

## PROCEDURES USED IN COMPILING GW DATA

In compiling the data reported in the February 28, 2006 report in response to Condition 9(c) of the BZA Second Remand Order for the Foggy Bottom Campus Plan, dated April 26, 2004, the following methods, assumptions and sources were employed.

1. The number of full time undergraduates enrolled for the Spring 2006 semester was provided by the Office of Institutional Research, the GW office charged with the responsibility of tracking student enrollment and other University statistics. This count was taken as of February 13, 2006, the end of the fourth week of classes for the semester. The Foggy Bottom full time undergraduate enrollment count includes all full-time undergraduates enrolled and taking courses for the semester, and excludes

   a. Full time undergraduates accounted for under the Mount Vernon Campus Plan Order, BZA Order No. 16505
   b. Foggy Bottom full time undergraduates who were away for the entire semester, e.g., on study abroad programs.
   c. Foggy Bottom full time undergraduates who take no courses but are "enrolled" for administrative purposes as a prerequisite to graduation.

2. The numbers of University-supplied beds occupied and available to full time undergraduates on and off campus were supplied by the Office of Residence Life, the GW office charged with managing such beds. The number of occupied beds was determined effective as of February 24, 2006. In determining the number of occupied beds, the University excluded residence hall staff consisting of graduate students and non-students, while full time undergraduates who live in a residence hall while working as staff (i.e., "community facilitators") were included.

3. The University has included in the on-campus bed count those beds occupied by Foggy Bottom full time undergraduates in facilities not owned by the University, but located within the campus boundaries. This information was provided by the report of local student addresses. Included in this category are on-campus facilities owned by fraternities and private parties.

4. The bed count for Columbia Plaza, in which the University has a minority ownership interest, includes the number of units to which GW directed its full time undergraduates to the Columbia Plaza management company for leasing. The count does not included units occupied by graduate students, faculty or staff, nor units occupied by any undergraduate student who rents directly from the Columbia Plaza management company, without University involvement. For those undergraduates who rent directly from Columbia Plaza, however, we

include such student in the count of full time undergraduates residing in Foggy Bottom/West End outside of University housing, pursuant to Condition 17 of the BZA Order.

## STATEMENT UNDER OATH

I, Charles K. Barber, Senior Counsel for The George Washington University, do hereby swear that the report dated February 28, 2006, submitted in response to Condition 9(c) of the Board of Zoning Adjustment Second Remand Order for the GW Foggy Bottom Campus Plan, dated April 26, 2004, as interpreted by the Zoning Commission on February 24, 2003, was prepared in accordance with the methods, assumptions and sources identified in the summary attached hereto.

2/27/06
Date

C. K. Barber
Charles K. Barber

Subscribed and sworn to before me this 27th day of February, 2005.

[ Official Impression Seal ]

Ariva Palmer
Notary Public

Ariva Palmer
Notary Public, District of Columbia
My Commission Expires 11-30-2009

My commission expires _____.

# ATTACHMENT B

3- 2-06; 5:19PM;Instantcharge ;2024168575 # 9/ 11

February 28, 2006

## Information Required By Condition 17 of BZA Remand Order, For Spring 2005

1) Number of full time undergraduate students residing in Foggy Bottom/West End outside the campus plan boundaries: 1090 (See attached chart.)[1]

2) Number of full time undergraduate students residing in the District of Columbia outside the campus plan boundaries and Foggy Bottom/West End, organized by postal zip codes: See attached chart.

3) Number of full time undergraduate students residing in Maryland: 125

4) Number of full time undergraduate students residing in Virginia: 324

Good faith estimate of the number of married students and students with children encompassed in each category: 25, not broken down by category.[2]

---

[1] This number does not include full time undergraduate students residing in GW's off campus residence halls (Hall on Virginia Avenue, City Hall, Aston, and 2144 F Street), nor full time undergraduates assigned by GW to Columbia Plaza. Bed capacity and occupancy numbers for these facilities are included in the response to Condition 9(c). (See Attachment A). Also not included are 17 students who have not yet reported acceptable local addresses. Pursuant to GW policy, these students have a hold placed on their Fall registration until they fully comply with the reporting requirement.

[2] While married students and students with children are ineligible for University supplied housing, GW does not track the residencies of such students.

| Current Addresses: Fall 2005 Current Address Summary ||
|---|---|
| Total Number of Foggy Bottom Students Residing Outside Foggy Bottom/West End ||
| State | Total (Fall 2005) |
| Virginia | 324 |
| Maryland | 125 |
| District of Columbia | |
| 20001 | 16 |
| 20002 | 16 |
| 20003 | 5 |
| 20004 | 2 |
| 20005 | 17 |
| 20006 | 0 |
| 20007 | 41 |
| 20008 | 18 |
| 20009 | 51 |
| 20010 | 13 |
| 20011 | 13 |
| 20012 | 0 |
| 20015 | 5 |
| 20016 | 8 |
| 20017 | 1 |
| 20018 | 1 |
| 20019 | 1 |
| 20020 | 1 |
| 20024 | 3 |
| 20027 | 0 |
| 20032 | 0 |
| 20036 | 14 |
| 20037 | 31 |
| 20051 | 0 |
| 20058 | 0 |
| 20078 | 0 |
| Total Number of Foggy Bottom Students Residing Outside Foggy Bottom/West End | 706 |
| Total Number of Foggy Bottom Students Living Inside FB/WE Outside Campus Boundary ||
| Zip Code | Total (Fall 2005) |
| 20006 | 305 |
| 20036 | 18 |
| 20037 | 767 |
| Total Students Residing Inside Foggy Bottom/West End Outside Campus Boundary | 1090 |

# Beers & Cutler
## Internal Audit

## INTEROFFICE MEMORANDUM

DATE: February 3, 2006

TO: Charles Barber, Senior Attorney

FROM: Bradley Nicklin, Partner, Beers & Cutler  *Brad*

SUBJECT: Report of Full-Time, Undergraduate Students Living Off Campus for Fall 2005

---

One requirement of The George Washington University's (GW) 10-year Campus Plan (Condition 17 of Board of Zoning Adjustment (BZA) Remand Order) is to submit an audited report of full-time, undergraduate students living off campus every semester to the Washington, DC BZA. You asked us, in our capacity as GW's internal audit function, to review the Fall 2005 report prepared by GW to be submitted to the BZA on February 28, 2006.

The data was compiled using downloaded information from SCT Banner, GW's student data and records management system. We have performed testing to validate the integrity of the Fall 2005 report. Further, we reviewed supporting documentation underlying an independent verification of student addresses in this system to determine completeness and accuracy of the Fall 2005 report.

Based on our testing, the Fall 2005 report to be submitted presents fairly, in all material respects, the address information of GW, full-time, undergraduate students living off campus for Fall 2005.

If you have any questions, or if we can be of further assistance, please contact Bradley Nicklin at 703.923.8596.

cc: Michele Beamer, Director, Institutional Real Estate
    Ceil Hamilton, Associate Vice President for Finance
    Lou Katz, Executive Vice President