## Instructions for Enrollment

### Introduction

Users may enter caveats on **Parts E/F - 12-Month Selection** question screen. These are intended to provide users a place to indicate characteristics of the institution which may make applying IPEDS definitions and instructions problematic. The caveats should **not** be used for explanations of edit reports, as there are other locations specifically for that purpose.

## Part A – Fall Enrollment by Race/ethnicity and gender

All institutions must report total enrollment using the Summary (CIP 99.0000) screens. Four-year institutions (for reporting enrollment in even numbered years only) are also to report students by their major field of study for selected fields. Details for this reporting follow the general Part A instructions.

### Period of Report

For institutions operating under a traditional academic year calendar (semester, trimester, quarter, 4-1-4, or other academic year), enrollment should be reported as of the institution's official fall reporting date or October 15, except for Parts E and F which request data for a 12-month period. **For institutions operating under a calendar that differs by program or enrolling on a continuous basis (program reporters),** include students who were enrolled in your institution at any time between August 1 and October 31 of the current year except for Parts E and F.

### Who to Include in this Report

**Students included in report -** Report all students enrolled in courses **creditable** toward a diploma, certificate, degree, or other formal award. Include students enrolled in courses that are part of a vocational or occupational program, **including** those enrolled in off-campus centers. Include high school students taking regular college courses for credit. Report these students in the classification in which they are recorded by the institution. Be sure to include full-time students taking remedial courses if the student is considered degree-seeking for the purpose of student financial aid determination.

**Students excluded from this report -** Do **NOT** include in this report:

- Students enrolled exclusively in courses **not creditable** toward a formal award or the completion of a vocational program. Do NOT include students taking CEU's unless they are also enrolled in courses creditable toward a degree or other formal award.
- Students exclusively auditing classes.
- Residents or interns in first-professional fields, since they have already received their first-professional degree.
- Students studying abroad (e.g., at a foreign university) if their enrollment at this institution is only an administrative record and the fee is only nominal.
- Students in any branch campus located in a foreign country.

## Reporting Students by Racial/Ethnic Category and Gender

This information is being gathered in compliance with Title VI of the Civil Rights Act of 1964 and Title IX of the Education Amendments of 1972 and Section 421(a)(1) of the Carl D. Perkins Vocational Education Act.

**Method of collection -** The manner of collecting racial/ethnic information is left to the discretion of the institution provided that the system which is established results in

**Exhibit E**

reasonably accurate data, which may be replicated by others when the same documented system is utilized. One acceptable method is a properly controlled system of post-enrollment self-identification by students. If a self-identification method is utilized, a verification procedure to ascertain the completeness and accuracy of student submissions should be employed.

**Assignment to categories** - For the purpose of this report, a student may be included in the group to which he or she appears to belong, identifies with, or is regarded in the community as belonging. However, no person may be counted in more than one racial/ethnic group. Racial/ethnic designations are requested only for United States citizens, resident aliens, and other eligible non-citizens. (See definitions below.)

**Racial/ethnic descriptions** - Racial/ethnic designations as used in this survey do not denote scientific definitions of anthropological origins. The categories are:

- Black, non-Hispanic — A person having origins in any of the black racial groups of Africa (except those of Hispanic origin).
- American Indian/Alaska Native — A person having origins in any of the original peoples of North America and who maintains cultural identification through tribal affiliation or community recognition.
- Asian/Pacific Islander — A person having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or Pacific Islands. This includes people from China, Japan, Korea, the Philippine Islands, American Samoa, India, and Vietnam.
- Hispanic — A person of Mexican, Puerto Rican, Cuban, Central, or South American, or other Spanish culture or origin, regardless of race.
- White, non-Hispanic — A person having origins in any of the original peoples of Europe, North Africa, or the Middle East (except those of Hispanic origin).

**Other descriptive categories**

- Nonresident alien — A person who is not a citizen or national of the United States and who is in this country on a visa or temporary basis and does not have the right to remain indefinitely.

  NOTE — Nonresident aliens are to be reported separately in the places provided, rather than in any of the five racial/ethnic categories described above. **Resident aliens** and other eligible (for financial aid purposes) non-citizens who are not citizens or nationals of the United States and who have been admitted as legal immigrants for the purpose of obtaining permanent resident alien status (and who hold either an alien registration card (Form I-551 or I-151), a Temporary Resident Card (Form I-688), or an Arrival-Departure Record (Form I-94) with a notation that conveys legal immigrant status such as Section 207 Refugee, Section 208 Asylee, Conditional Entrant Parolee or Cuban-Haitian) are to be reported in the appropriate racial/ethnic categories along with United States citizens.

- Race/ethnicity unknown — This category is used ONLY if the student did not select a racial/ethnic designation, AND the postsecondary institution finds it impossible to place the student in one of the aforementioned racial/ethnic categories during established enrollment procedures or in any post-enrollment identification or verification process.

**Part A - Full-Time Undergraduate Students**

Include all students enrolled in 4 or 5-year bachelor's degree programs, associate's degree programs, or any vocational/technical programs that grant degrees or certificates below the baccalaureate level. Students who have already earned a bachelor's degree but are taking undergraduate courses FOR CREDIT should be included as undergraduates.

**Full-time first-time degree/certificate-seeking undergraduate students** (column 1)- This group defines an institution's initial cohort for reporting graduation rates for Student Right-to-Know purposes if the institution operates on standard academic terms. Students reported in this group will appear as a cohort on the Graduation Rate Survey (GRS) in the reporting year appropriate for your institution. The number of students reported here will

appear on Part D to be used in determining the percentage of the entering class represented by the cohort. This number will also appear on the Student Financial Aid survey (SFA). **Program reporters** - Include full-time students who enrolled in your institution for the first time between August 1 and October 31 of the current year if they have not been enrolled in any other postsecondary institution before.

**First-time degree/certificate-seeking students** are those students who never attended any college (or other postsecondary institution). Include students enrolled in the fall term who attended college for the first time in the prior summer term. Also include students who entered with advanced standing (college credits earned before graduation from high school). In order to be considered degree/certificate-seeking, students must be enrolled in courses for credit and be recognized by the institution as seeking a degree or other formal award. Be sure to include students in occupational and vocational programs. Note: all students eligible to receive federal student financial aid are to be considered degree/certificate-seeking.

**Other full-time degree/certificate-seeking undergraduate students** - In column 2, report the total number of all other full-time degree/certificate-seeking undergraduate students. DO NOT include students who are not considered degree/certificate-seeking by the institution, even though they may be enrolled for credit.

**Non-degree/certificate-seeking full-time undergraduates** - In column 4, report the total number of full-time non-degree/certificate-seeking undergraduates. Examples of non-degree/certificate-seeking students would be high school students enrolled in creditable courses prior to high school graduation, or those enrolled in creditable courses who for some reason are not seeking a degree/certificate.

Once you save the data by clicking the "Verify and Save" button, the "Total full-time degree/certificate-seeking undergraduates" (column 3) and "Total, full-time undergraduate students" (column 5) will be computed by the system and numbers entered on the screeen.

**Part A - Part-time Undergraduate Students -**

Using the definitions and instructions provided for full-time undergraduate students, report part-time students in the same manner.

**Part A - Graduate Students**

Report all students enrolled in graduate programs at your institution as either full-time (column 1) or part-time (column 2). Be sure to include students involved in thesis preparation.

**Part A - First-Professional Students**

First-professional students are those students enrolled in programs leading toward a first-professional degree in the fields of chiropractic, dentistry, law, medicine, optometry, osteopathy, pharmacy, podiatry, theology and veterinary medicine.
Report these students as full-time (column 1) or part-time (column 2).

First-professional degrees are defined as follows:

- Chiropractic (D.C., D.C.M.)
- Dentistry (D.D.S., D.M.D.)
- Medicine (M.D.)
- Optometry (O.D.)
- Osteopathic Medicine (D.O.)
- Pharmacy (Pharm.D.) *
- Podiatry (D.P.M., D.P., Pod.D.)
- Veterinary Medicine (D.V.M.)

- Law (L.L.B., J.D.)
- Theology (M.Div., M.H.L., B.D., or Ordination)

\* Report students enrolled for the Bachelor of Pharmacy degree at the undergraduate level.

Do not report residents or interns in this report since they have already received their first-professional degree.

## Fall Enrollment - Selected Fields of Study
**(only applies to four-year institutions reporting in even numbered years)**

**CIPCODE Selection -** This screen lists all the fields and their CIP codes for which enrollment should be reported. These designations were taken from the 2000 version of the NCES publication "A Classification of Instructional Programs." Field names and corresponding CIP code numbers for the programs known to exist at your institution have already been checked. Please update this list by adding or removing checks in the associated boxes. *For the fields of dentistry, medicine and law, include only students enrolled at the first-professional level.* When reporting enrollment, be sure to report students with double majors only once.

If students at your institution do not declare a major field of study until the second or third year of undergraduate study, be sure to report all students with undeclared majors on the Summary (99.0000) page only.

Once you have updated the selection screen and saved the results, screens similar to the Summary screens will be generated at the appropriate levels and fields of study. Follow the same instructions as Summary screens to enter the enrollments for these fields. Since the First-professional fields only have one screen each, there are no "Summary by race/ethnicity" screens, as is the case for the other fields of study.

## Part B – Enrollment of Students by Age
**(Required for reports of enrollment in odd-numbered years only)**

**Relation to enrollment reported in Part A -** This distribution of students should include all students reported in Part A. All directions regarding the date of the report, students to include, and categorization of students by attendance status (full or part time) apply to this part.

**Age of students -** Use institutional records to calculate age as of the institution's official fall reporting date (on or about October 15).

The totals by gender for each attendance status and student level will be brought from the corresponding Part A (Summary) totals. If the sum of the ages by gender does not agree with this total, the "Age unknown/unreported" will be calculated. **NOTE -** If the sum of students by age is larger than the total brought from Part A, this results in a negative value, which will result in a fatal error. You should reexamine both the age data and comparable portion of Part A to detect the problem and make appropriate corrections.

## Part C – Residence of First-time Degree/Certificate-seeking Undergraduate Students
**(Required for reports of enrollment in even-numbered years only)**

**Relation to enrollment reported in Part A -** This distribution of students should include all the first-time, degree/certificate-seeking undergraduate students reported

in Part A. All directions regarding the date of the report and students to include apply to this part.

**Total first-time undergraduate students** - Report all first-time, degree/certificate-seeking undergraduate students, both full-time and part-time, by state of residence. Include all those entering the institution with a GED or without a high school diploma, and any year of high school graduation. The system will sum the first-time, degree/certificate-seeking undergraduate students from Part A (full time + part time) and enter this number in the Part C total line, column (1). If the sum of the details reported in column 1, lines 1-90, does not agree with this total, the "Residence unknown/unreported" (line 98) will be calculated. NOTE - If the sum of students by residence is larger than the total brought from Part A, this results in a negative value, which will result in a fatal error. You should reexamine both the residence data and comparable portion of Part A to detect the problem and make appropriate corrections.

Students from column (1) who graduated from high school within the previous 12 months are to be reported again by their state of residence in column (2). Include students who received a GED during this same period.

**State of residence** - Use the state identified by the student as his/her permanent address at the time of application to the institution. This may be the legal residence of a parent or guardian, or the state in which a student has a driver's license or is registered to vote. It is not necessarily the state in which the student's high school is located.

## Part D - Total Entering Class

**Total Entering Class - Fall 2004** - Program reporters are not required to complete this part. This data is included to address concerns some institutions have raised about the cohort that is defined by the IPEDS Graduation Rate survey (GRS). The GRS cohort includes only full-time first-time degree/certificate-seeking undergraduate students. For institutions with substantial part-time and/or transfer-in enrollment, this may result in graduation rates that are not representative of their typical entering class.

In the box provided, enter the total number of undergraduate students that entered your institution for the first time in the fall term. In addition to the students in the GRS cohort, this would include:

- part-time undergraduate students
- non-degree/certificate-seeking undergraduates
- students who initially attended the prior summer term and returned again in the fall (other than those included in the GRS cohort)
- students transferring into your institution at any undergraduate level for the first time

Note that the GRS cohort (full-time, first-time degree/certificate seeking undergraduate students) is automatically carried over from your Part A submission.

By clicking the Save button, you can view the percent of the entering class that is represented by your GRS cohort.

## Unduplicated Counts

Parts E and F, unlike the other enrollment parts, collect unduplicated student counts and instructional activity for an entire 12-month period.
Select which of the two 12-month periods your institution will use in this report by

clicking the appropriate button.

## Part E – Unduplicated Count

**Coverage** - Institutions should report an unduplicated count of the total number of students by gender, race/ethnicity, and level (undergraduate, graduate, first-professional) enrolled during the 12-month reporting period (selected above) in any courses leading to a degree or other formal award and any students enrolled in courses that are part of a terminal vocational or occupational program. Do NOT report students whose only credit was at a branch campus in a foreign country.

DO NOT include interns or residents as those students have already received their first-professional degrees and are NOT included in this enrollment survey.

**How to report an unduplicated headcount** -

- Report students according to gender, race/ethnicity, and the level of their standing with the institution. Students who already hold a baccalaureate degree but are enrolled as an undergraduate for additional undergraduate courses should be counted as undergraduates. Students admitted with graduate standing should be counted as graduate students, even if they are taking some undergraduate courses.
- In order to determine an unduplicated number of students enrolled, count each student only once during the 12-month period.

    **Example 1: If a student enrolls in the fall term, drops out in winter, but enrolls again in spring, count that student once.**
    **Example 2: If a student is an undergraduate in the fall and a graduate in the spring, count the student at his/her highest level attained.**

To provide some context, two values by student level are shown at the bottom. One is the total fall enrollment from the previous fall. Since that fall's date is within the 12-month period currently being reported, the new 12-month count must be at least that large. Below that is the total 12-month unduplicated count from the last submission.

## Part F - Instructional Activity

**Screening question (first screen)** - Instructional activity may be reported in units of contact hours or credit hours. Choose the radio button next to the method that best describes the units used to measure instructional activity at the institution. The option for both contact and credit hours should only be used if some programs are measured in contact hours while others are measured in credit hours. If your institution measures courses or programs in a unit of measure other than credit hours or contact hours, select credit hours and convert the instructional activity offered to credit hour equivalent for reporting on this form. Describe the credit system used at the institution in the caveats box on Parts E/F - 12 Month Calendar Selection screen.

**Total 12-Month Activity** - Report the total contact hour and/or credit hour activity for all students for the entire 12-month period. Include all short courses as well as regular academic terms.

**Contact hour activity**- Include instructional activity in all courses offered for credit that are measured in terms of contact or clock hours, regardless of whether the student completed the course. (See the IPEDS Glossary for the definition of "credit course".) Also include courses that are part of a terminal occupational or vocational program that are measured in contact or clock hours, regardless of whether these courses lead to a formal award by the institution. Include courses taken by high

school students. Do NOT include courses that are audited by students, or credit courses of students studying abroad. If your institution does not offer courses measured in terms of contact or clock hours, leave this box blank.

In computing contact hour activity, DO NOT CONVERT CREDIT HOUR ACTIVITY INTO CONTACT HOUR ACTIVITY. To determine the contact hour activity for a course, multiply the CONTACT HOUR value of the course by the number of students enrolled in the course for credit. (NOTE — The contact hour value of a course is the number of hours per week that the course meets times the number of weeks the course is given. For example, a 3-week real estate licensure course that meets 15 hours per week has a value of 45 contact hours. The number of students enrolled in the course is the number enrolled at the close of the official add period for each program. If there is no official add period, report as of the 15th day of each regular program, and the 5th day of each short program.)

Example: The contact hour activity for a 900-contact hour course with an enrollment of 20 is 18,000 contact hours. Using this method, compute the contact hour activity for each course and then sum the activity for all contact hour courses for the 12-month period. If a course does not end within the 12-month period (e.g., if only 40 weeks of a 64-week course fall within the specified period 12-month period), see the special instructions below to determine the computation of instructional activity for these courses.

Special Instructions - If a course does not end within the specified 12-month period, the instructional activity for the course should be reported only for the number of weeks which do fall within the 12-month period. For example, if only 40 weeks of a 64 week course (which meets 15 hours per week and has an enrollment of 30 students) falls within the 12-month period, the contact hour activity for this course would be computed as follows: 40 weeks x 15 hours per week x 30 students = 18,000 contact hours.

Credit hour activity - Include instructional activity in all courses offered for credit that are measured in terms of credit hours, regardless of whether the student completed the course. (See the IPEDS Glossary for the definition of "credit course.") Also include courses comprising part of a terminal vocational or occupational program that are measured in terms of credit hours, regardless of whether these courses lead to a formal award by the institution. Include credit courses taken by high school students. Do NOT include credit courses that are audited by students, or credit courses of students studying abroad. If your institution does not offer credit hour courses, leave this box blank.

Level of course - The level of each course (undergraduate or graduate) should be the level of the course as designated by the institution. DO NOT INCLUDE FIRST-PROFESSIONAL COURSES WHEN REPORTING ACTIVITY AT THE UNDERGRADUATE OR GRADUATE LEVEL.

If there are courses that cannot be assigned to a single level (e.g., if some courses serve both undergraduates and graduates), partition the enrollment in the course based on the level of the student. For example, credit enrollment in a course may be partitioned between the undergraduate and graduate levels, and the instructional activity partitioned at the same proportion.

In computing credit hour activity, include ONLY those courses offered for credit that are measured in terms of credit hours, as well as courses that are part of an occupational or vocational program that are measured in terms of credit hours. DO NOT CONVERT CONTACT HOUR ACTIVITY INTO CREDIT HOUR ACTIVITY. To determine the credit hour activity for a course, multiply the CREDIT HOUR value of the course by the number of students enrolled in the course for credit. (NOTE - The number of students enrolled in the course is the number enrolled at the close of the official add period for each term. If there is no official add period, report as of the 15th day of each regular term and the 5th day of each summer or short term.)

**Example: The credit hour activity for a 3-credit course with an enrollment of 30 students is 90 credit hours. Using this method, compute the credit hour activity for each course and then sum the activity for all credit hour courses for the entire 12-month period.**

**Please note that the data reported on this page will be used to calculate full-time equivalent (FTE) enrollment at your institution. FTE is used in computing expenses by function per FTE and revenues per FTE, which are reported on the NPEC IPEDS Data Feedback Report.**

**Calculated Full-Time Equivalent (FTE) Estimate: After clicking on Verify and Save a box will appear that states what the FTE estimate would be based on the instructional activity reported on this page. FTE is calculated as follows:**

**For institutions reporting contact or clock hours, the number of contact hours is divided by 900.**
**For institutions operating on a Quarter calendar system, as reported in Institutional Characteristics (IC), graduate credit hours reported above are divided by 36, and undergraduate credit hours are divided by 45.**
**For institutions operating on a semester, 4-1-4 Plan, or other calendar type, as reported in IC, graduate credit hours are divided by 24, and undergraduate credit hours are divided by 30.**

**If these calculated estimates are not reasonable for your institution (i.e., credit measurement different from traditional hours per week in the classroom for each course), you will also be given the opportunity to give a more accurate estimate of FTE for the institution. If credit hours are measured in the traditional manner at the institution, please check the credit or contact hours reported on this form and adjust as necessary.**

## Part G - Retention Rates

### (Less-than-4-year institutions)

**In order to calculate a retention rate, please do the following:**

**1) Establish your cohorts (full time separate from part time) of first-time degree/certificate-seeking students, which consists of those enrolled at your institution in fall 2003 (including those enrolled for the first time the preceding summer term).**

**2) COUNT the number of students in each cohort who either re-enrolled at your institution in fall 2004 OR successfully completed their program by fall 2004.**

**3) Calculate the retention rates (see formula below).**

**Use your institution's official fall reporting date when calculating these percentages. Please report full-time and part-time percentages separately. The student status (full- or part-time) should be based on the fall 2003 status, even if this has changed by fall 2004.**

**For institutions that use a full-year cohort: Use the period August 1 through October 31 to define the retention cohort.**

**NOTE: The fall 2003 cohort data used for these calculations may be adjusted for students who departed for the following reasons: deceased, permanently disabled, or joined the armed forces (including those called to active duty from the Reserves**

or National Guard) or foreign aid service of the federal government or official church missions. These are exclusions, and may be subtracted from the cohort prior to calculating the retention rate. Do not include those students who transferred into the institution as part of your fall cohort.

The following formula summarizes the calculation of the two percentages:

( (Re-enrolled Fall 2004 + Completed (from step 2 above)) /
(Fall 2003 cohort (from step 1 above) - Exclusions) ) * 100

Report percentages as whole numbers. Once both percentages are entered, click "Verify and Save".

### (Four-year institutions)

In order to calculate a retention rate for your first-time bachelor's (or equivalent) degree-seeking undergraduates, please do the following:

1) Establish your cohorts (full time separate from part time) of first-time bachelor's (or equivalent) degree -seeking undergraduates, which consists of those enrolled at your institution in fall 2003 (including those enrolled for the first time the preceding summer term).

2) COUNT the number of students in each cohort who re -enrolled at your institution in fall 2004.

3) Calculate the retention rates (see formula below).

Use your institution's official fall reporting date when calculating these percentages. Please report full-time and part-time percentages separately. The student status (full - or part-time) should be based on the fall 2003 status, even if this has changed by fall 2004.

NOTE: The fall 2003 cohort data used for these calculations may be adjusted for students who departed for the following reasons: deceased, permanently disabled, or joined the armed forces (including those called to active duty from the Reserves or National Guard) or foreign aid service of the federal government or official church missions. These are exclusions, and may be subtracted from the cohort prior to calculating the retention rate. Do not include those students who transferred into the institution as part of your fall cohort.

( Re-enrolled Fall 2004 (from step 2 above) / (Fall 2003 bachelor's cohort (from step 1 above) - Exclusions) ) * 100

Report percentages as whole numbers. Once both percentages are entered, click "Verify and Save".

Survey Form

## Enrollment 2004

### Part A - Fall Enrollment by race/ethnicity and gender

Enrollment as of the institution's <u>official fall reporting date</u> or as of October 15, 2004

CIPCODE: 99.0000 -- Summary

| Students enrolled for <u>credit</u> | Full-time undergraduate students | | | | Total, full-time undergraduate students |
|---|---|---|---|---|---|
| | Degree/certificate-seeking | | | Non-degree/ non-certificate-seeking | |
| | First-time | Other degree/certificate-seeking | Total | | |
| | (1) | (2) | (3) | (4) | (5) |
| **Men** | | | | | |
| Nonresident alien | | | | | |
| Black, non-Hispanic | | | | | |
| American Indian/Alaska Native | | | | | |
| Asian/Pacific Islander | | | | | |
| Hispanic | | | | | |
| White, non-Hispanic | | | | | |
| Race/ethnicity unknown | | | | | |
| Total men | | | | | |
| Total men prior year | | | | | |
| **Women** | | | | | |
| Nonresident alien | | | | | |
| Black, non-Hispanic | | | | | |
| American Indian/Alaska Native | | | | | |
| Asian/Pacific Islander | | | | | |
| Hispanic | | | | | |
| White, non-Hispanic | | | | | |
| Race/ethnicity unknown | | | | | |
| Total women | | | | | |
| Total women prior year | | | | | |
| Total men + women | | | | | |

Survey Form

## Part A - Fall Enrollment by race/ethnicity and gender

Enrollment as of the institution's official fall reporting date or as of October 15, 2004

CIPCODE: 99.0000 -- Summary

| Students enrolled for credit | Part-time undergraduate students | | | | Total, part-time undergraduate students |
|---|---|---|---|---|---|
| | Degree/certificate-seeking | | | Non-degree/ non-certificate-seeking | |
| | First-time | Other degree/certificate-seeking | Total | | |
| | (1) | (2) | (3) | (4) | (5) |
| **Men** | | | | | |
| Nonresident alien | ☐ | ☐ | | ☐ | |
| Black, non-Hispanic | ☐ | ☐ | | ☐ | |
| American Indian/Alaska Native | ☐ | ☐ | | ☐ | |
| Asian/Pacific Islander | ☐ | ☐ | | ☐ | |
| Hispanic | ☐ | ☐ | | ☐ | |
| White, non-Hispanic | ☐ | ☐ | | ☐ | |
| Race/ethnicity unknown | ☐ | ☐ | | ☐ | |
| Total men | | | | | |
| Total men prior year | | | | | |
| **Women** | | | | | |
| Nonresident alien | ☐ | ☐ | | ☐ | |
| Black, non-Hispanic | ☐ | ☐ | | ☐ | |
| American Indian/Alaska Native | ☐ | ☐ | | ☐ | |
| Asian/Pacific Islander | ☐ | ☐ | | ☐ | |
| Hispanic | ☐ | ☐ | | ☐ | |
| White, non-Hispanic | ☐ | ☐ | | ☐ | |
| Race/ethnicity unknown | ☐ | ☐ | | ☐ | |
| Total women | | | | | |
| Total women prior year | | | | | |

Survey Form

## Part A - Fall Enrollment by race/ethnicity and gender

Enrollment as of the institution's <u>official fall reporting date</u> or as of October 15, 2004

**CIPCODE: 99.0000 -- Summary**

| | Graduate students | |
|---|---|---|
| Students enrolled for <u>credit</u> | Total <u>full-time</u> (1) | Total <u>part-time</u> (2) |
| **Men** | | |
| Nonresident alien | | |
| Black, non-Hispanic | | |
| American Indian/Alaska Native | | |
| Asian/Pacific Islander | | |
| Hispanic | | |
| White, non-Hispanic | | |
| Race/ethnicity unknown | | |
| Total men | | |
| Total men prior year | | |
| **Women** | | |
| Nonresident alien | | |
| Black, non-Hispanic | | |
| American Indian/Alaska Native | | |
| Asian/Pacific Islander | | |
| Hispanic | | |
| White, non-Hispanic | | |
| Race/ethnicity unknown | | |
| Total women | | |
| Total women prior year | | |

Survey Form

# Part A - Fall Enrollment by race/ethnicity and gender
Enrollment as of the institution's <u>official fall reporting date</u> or as of October 15, 2004
**CIPCODE: 99.0000 -- Summary**

| Students enrolled for <u>credit</u> | First-professional students | |
|---|---|---|
| | Total <u>full-time</u> (1) | Total part-time (2) |
| **Men** | | |
| Nonresident alien | | |
| Black, non-Hispanic | | |
| American Indian/Alaska Native | | |
| Asian/Pacific Islander | | |
| Hispanic | | |
| White, non-Hispanic | | |
| Race/ethnicity unknown | | |
| Total men | | |
| Total men prior year | | |
| **Women** | | |
| Nonresident alien | | |
| Black, non-Hispanic | | |
| American Indian/Alaska Native | | |
| Asian/Pacific Islander | | |
| Hispanic | | |
| White, non-Hispanic | | |
| Race/ethnicity unknown | | |
| Total women | | |
| Total women prior year | | |

Survey Form

## Part A - Fall Enrollment - Summary by race/ethnicity
### Fall enrollment totals

**CIPCODE: 99.0000 -- Summary**

| Students enrolled for credit | Total full-time students | Total part-time students | Grand total, all students | Prior year |
|---|---|---|---|---|
| Men | | | | |
| Nonresident alien | | | | |
| Black, non-Hispanic | | | | |
| American Indian/Alaska Native | | | | |
| Asian/Pacific Islander | | | | |
| Hispanic | | | | |
| White, non-Hispanic | | | | |
| Race/ethnicity unknown | | | | |
| Total men | | | | |
| Women | | | | |
| Nonresident alien | | | | |
| Black, non-Hispanic | | | | |
| American Indian/Alaska Native | | | | |
| Asian/Pacific Islander | | | | |
| Hispanic | | | | |
| White, non-Hispanic | | | | |
| Race/ethnicity unknown | | | | |
| Total women | | | | |
| Grand Total | | | | |

Survey Form

## Fall Enrollment - CIPCODE Selection

Indicate which of the following fields of study are offered by your institution. Students are to be reported by their major field of study for the categories listed below. Fields for which enrollment was reported for Fall 2002 have been marked; please make sure all listed fields that are offered by your institution are checked.

Undergraduate and graduate fields
- ☐ 13.0000 -- Education
- ☐ 14.0000 -- Engineering
- ☐ 26.0000 -- Biological and Biomedical Sciences
- ☐ 27.0000 -- Mathematics
- ☐ 40.0000 -- Physical Sciences
- ☐ 52.0000 -- Business Management, Marketing, and Related Support Services

First-professional fields
- ☐ 22.0101 -- Law (LL.B., J.D.)
- ☐ 51.0401 -- Dentistry (D.D.S., D.M.D.)
- ☐ 51.1201 -- Medicine (M.D.)
- ☐ None of the above

CAVEATS

**Sample pages for 13.0000 Education (undergraduate and graduate) and 21.0101 Law (first-professional) follow. Please duplicate these pages as needed for any fields of study listed above that are offered by your institution.**

Survey Form

## Part A - Fall Enrollment by race/ethnicity and gender

Enrollment as of the institution's official fall reporting date or as of October 15, 2004

**CIPCODE: 13.0000 -- Education**

| Students enrolled for credit | Full-time undergraduate students | | | | |
|---|---|---|---|---|---|
| | Degree/certificate-seeking | | | Non-degree/ non-certificate-seeking | Total, full-time undergraduate students |
| | First-time, first-year | Other degree/certificate-seeking | Total | | |
| | (1) | (2) | (3) | (4) | (5) |
| **Men** | | | | | |
| Nonresident alien | | | | | |
| Black, non-Hispanic | | | | | |
| American Indian/Alaska Native | | | | | |
| Asian/Pacific Islander | | | | | |
| Hispanic | | | | | |
| White, non-Hispanic | | | | | |
| Race/ethnicity unknown | | | | | |
| Total men | | | | | |
| **Women** | | | | | |
| Nonresident alien | | | | | |
| Black, non-Hispanic | | | | | |
| American Indian/Alaska Native | | | | | |
| Asian/Pacific Islander | | | | | |
| Hispanic | | | | | |
| White, non-Hispanic | | | | | |
| Race/ethnicity unknown | | | | | |
| Total women | | | | | |
| Total men + women | | | | | |

Survey Form

## Part A - Fall Enrollment by race/ethnicity and gender

Enrollment as of the institution's official fall reporting date or as of October 15, 2004

CIPCODE: 13.0000 -- Education

| Students enrolled for credit | Part-time undergraduate students | | | | Total, part-time undergraduate students |
|---|---|---|---|---|---|
| | Degree/certificate-seeking | | | Non-degree/ non-certificate-seeking | |
| | First-time, first-year | Other degree/certificate-seeking | Total | | |
| | (1) | (2) | (3) | (4) | (5) |
| **Men** | | | | | |
| Nonresident alien | | | | | |
| Black, non-Hispanic | | | | | |
| American Indian/Alaska Native | | | | | |
| Asian/Pacific Islander | | | | | |
| Hispanic | | | | | |
| White, non-Hispanic | | | | | |
| Race/ethnicity unknown | | | | | |
| Total men | | | | | |
| **Women** | | | | | |
| Nonresident alien | | | | | |
| Black, non-Hispanic | | | | | |
| American Indian/Alaska Native | | | | | |
| Asian/Pacific Islander | | | | | |
| Hispanic | | | | | |
| White, non-Hispanic | | | | | |
| Race/ethnicity unknown | | | | | |
| Total women | | | | | |

Survey Form

## Part A - Fall Enrollment by race/ethnicity and gender

Enrollment as of the institution's <u>official fall reporting date</u> or as of October 15, 2004

**CIPCODE: 13.0000 -- Education**

| Students enrolled for <u>credit</u> | Graduate students | |
|---|---|---|
| | Total <u>full-time</u> (1) | Total <u>part-time</u> (2) |
| **Men** | | |
| Nonresident alien | | |
| <u>Black, non-Hispanic</u> | | |
| <u>American Indian/Alaska Native</u> | | |
| <u>Asian/Pacific Islander</u> | | |
| <u>Hispanic</u> | | |
| <u>White, non-Hispanic</u> | | |
| <u>Race/ethnicity unknown</u> | | |
| Total men | | |
| **Women** | | |
| Nonresident alien | | |
| Black, non-Hispanic | | |
| American Indian/Alaska Native | | |
| Asian/Pacific Islander | | |
| Hispanic | | |
| White, non-Hispanic | | |
| Race/ethnicity unknown | | |
| Total women | | |

Survey Form

## Part A - Fall Enrollment - Summary by race/ethnicity
### Fall enrollment totals

**CIPCODE: 13.0000 -- Education**

| Students enrolled for credit | Total full-time students | Total part-time students | Grand total, all students |
|---|---|---|---|
| Men | | | |
| Nonresident alien | | | |
| Black, non-Hispanic | | | |
| American Indian/Alaska Native | | | |
| Asian/Pacific Islander | | | |
| Hispanic | | | |
| White, non-Hispanic | | | |
| Race/ethnicity unknown | | | |
| Total men | | | |
| Women | | | |
| Nonresident alien | | | |
| Black, non-Hispanic | | | |
| American Indian/Alaska Native | | | |
| Asian/Pacific Islander | | | |
| Hispanic | | | |
| White, non-Hispanic | | | |
| Race/ethnicity unknown | | | |
| Total women | | | |
| Grand Total | | | |

Survey Form

## Part A - Fall Enrollment by race/ethnicity and gender

Enrollment as of the institution's official fall reporting date or as of October 15, 2004

CIPCODE: 22.0101 -- Law (LL.B., J.D.)

|  | First-professional students | | |
|---|---|---|---|
| Students enrolled for credit | Total full-time (1) | Total part-time (2) | Total |
| Men | | | |
| Nonresident alien | | | |
| Black, non-Hispanic | | | |
| American Indian/Alaska Native | | | |
| Asian/Pacific Islander | | | |
| Hispanic | | | |
| White, non-Hispanic | | | |
| Race/ethnicity unknown | | | |
| Total men | | | |
| Women | | | |
| Nonresident alien | | | |
| Black, non-Hispanic | | | |
| American Indian/Alaska Native | | | |
| Asian/Pacific Islander | | | |
| Hispanic | | | |
| White, non-Hispanic | | | |
| Race/ethnicity unknown | | | |
| Total women | | | |

Survey Form

## Part B - Fall Enrollment by age and gender

NOTE: These data are **optional** this year.

Enrollment as of the institution's official fall reporting date or as of October 15, 2004

| Age | Full-time undergraduate students | |
|---|---|---|
| | Men | Women |
| Under 18 | | |
| 18-19 | | |
| 20-21 | | |
| 22-24 | | |
| 25-29 | | |
| 30-34 | | |
| 35-39 | | |
| 40-49 | | |
| 50-64 | | |
| 65 and over | | |
| Age unknown/unreported | | |
| Total full-time undergraduate students (from part A) | | |

Survey Form

## Part B - Fall Enrollment by age and gender

NOTE: These data are **optional** this year.
Enrollment as of the institution's official fall reporting date or as of October 15, 2004

| Age | Part-time undergraduate students | |
|---|---|---|
| | Men | Women |
| Under 18 | | |
| 18-19 | | |
| 20-21 | | |
| 22-24 | | |
| 25-29 | | |
| 30-34 | | |
| 35-39 | | |
| 40-49 | | |
| 50-64 | | |
| 65 and over | | |
| Age unknown/unreported | | |
| Total part-time undergraduate students (from part A) | | |

Survey Form

## Part B - Fall Enrollment by age and gender

NOTE: These data are **optional** this year.

Enrollment as of the institution's <u>official fall reporting date</u> or as of October 15, 2004

| Age | Full-time graduate students | |
|---|---|---|
| | Men | Women |
| Under 18 | | |
| 18-19 | | |
| 20-21 | | |
| 22-24 | | |
| 25-29 | | |
| 30-34 | | |
| 35-39 | | |
| 40-49 | | |
| 50-64 | | |
| 65 and over | | |
| Age unknown/unreported | | |
| Total full-time graduate students (from part A) | | |

Survey Form

## Part B - Fall Enrollment by age and gender

NOTE: These data are **optional** this year.

Enrollment as of the institution's <u>official fall reporting date</u> or as of October 15, 2004

| Age | **Part-time graduate students** | |
|---|---|---|
| | Men | Women |
| Under 18 | | |
| 18-19 | | |
| 20-21 | | |
| 22-24 | | |
| 25-29 | | |
| 30-34 | | |
| 35-39 | | |
| 40-49 | | |
| 50-64 | | |
| 65 and over | | |
| Age unknown/unreported | | |
| Total part-time graduate students (from part A) | | |

Survey Form

## Part B - Fall Enrollment by age and gender

NOTE: These data are **optional** this year.

Enrollment as of the institution's official fall reporting date or as of October 15, 2004

| Age | Full-time first-professional students | |
|-----|------|-------|
|  | Men | Women |
| Under 18 | | |
| 18-19 | | |
| 20-21 | | |
| 22-24 | | |
| 25-29 | | |
| 30-34 | | |
| 35-39 | | |
| 40-49 | | |
| 50-64 | | |
| 65 and over | | |
| Age unknown/unreported | | |
| Total full-time, first-professional students (from part A) | | |

Survey Form

## Part B - Fall Enrollment by age and gender

NOTE: These data are **optional** this year.

Enrollment as of the institution's <u>official fall reporting date</u> or as of October 15, 2004

| Age | <u>Part-time first-professional students</u> | |
|---|---|---|
| | Men | Women |
| Under 18 | | |
| 18-19 | | |
| 20-21 | | |
| 22-24 | | |
| 25-29 | | |
| 30-34 | | |
| 35-39 | | |
| 40-49 | | |
| 50-64 | | |
| 65 and over | | |
| Age unknown/unreported | | |
| Total part-time, first-professional students (from part A) | | |

Survey Form

## Part C - Residence of first-time undergraduate students

NOTE: These data are **mandatory** this year.

Enrollment as of the institution's official fall reporting date or as of October 15, 2004

| State of residence when student was first admitted | FIPS Code | Total first-time undergraduate (degree/certificate-seeking only) (1) | Those who graduated from high school in the past 12 months (2) |
|---|---|---|---|
| Alabama | 01 | | |
| Alaska | 02 | | |
| Arizona | 04 | | |
| Arkansas | 05 | | |
| California | 06 | | |
| Colorado | 08 | | |
| Connecticut | 09 | | |
| Delaware | 10 | | |
| District of Columbia | 11 | | |
| Florida | 12 | | |
| Georgia | 13 | | |
| Hawaii | 15 | | |
| Idaho | 16 | | |
| Illinois | 17 | | |
| Indiana | 18 | | |
| Iowa | 19 | | |
| Kansas | 20 | | |
| Kentucky | 21 | | |
| Louisiana | 22 | | |
| Maine | 23 | | |

Survey Form

## Part C - Residence of first-time undergraduate students

NOTE: These data are **mandatory** this year.
Enrollment as of the institution's <u>official fall reporting date</u> or as of October 15, 2004

| State of <u>residence</u> when student was first admitted | FIPS Code | Total <u>first-time</u> undergraduate (degree/certificate-seeking only) (1) | Those who graduated from high school in the past 12 months (2) |
|---|---|---|---|
| Maryland | 24 | | |
| Massachusetts | 25 | | |
| Michigan | 26 | | |
| Minnesota | 27 | | |
| Mississippi | 28 | | |
| Missouri | 29 | | |
| Montana | 30 | | |
| Nebraska | 31 | | |
| Nevada | 32 | | |
| New Hampshire | 33 | | |
| New Jersey | 34 | | |
| New Mexico | 35 | | |
| New York | 36 | | |
| North Carolina | 37 | | |
| North Dakota | 38 | | |
| Ohio | 39 | | |
| Oklahoma | 40 | | |
| Oregon | 41 | | |
| Pennsylvania | 42 | | |
| Rhode Island | 44 | | |

Survey Form

## Part C - Residence of first-time undergraduate students

NOTE: These data are **mandatory** this year.
Enrollment as of the institution's official fall reporting date or as of October 15, 2004

| State of residence when student was first admitted | FIPS Code | Total first-time undergraduate (degree/certificate-seeking only) (1) | Those who graduated from high school in the past 12 months (2) |
|---|---|---|---|
| South Carolina | 45 | | |
| South Dakota | 46 | | |
| Tennessee | 47 | | |
| Texas | 48 | | |
| Utah | 49 | | |
| Vermont | 50 | | |
| Virginia | 51 | | |
| Washington | 53 | | |
| West Virginia | 54 | | |
| Wisconsin | 55 | | |
| Wyoming | 56 | | |
| State Unknown | 57 | | |
| American Samoa | 60 | | |
| Federated States of Micronesia | 64 | | |
| Guam | 66 | | |
| Marshall Islands | 68 | | |
| Northern Marianas | 69 | | |
| Palau | 70 | | |
| Puerto Rico | 72 | | |
| Virgin Islands | 78 | | |
| Foreign Countries | 90 | | |
| Residence unknown/unreported Total first-time undergraduate students (FT+PT from part A) | 98 | | |

Survey Form

## Part D - Total Entering Class
### Total Entering Class - Fall 2004

Number of full-time first-time degree/certificate-seeking <u>undergraduates</u>
 (this is your fall cohort reported in Part A)

Total <u>entering students</u> at undergraduate level, Fall 2004

Percentage of entering class represented by your GRS <u>cohort</u>

Survey Form

### Parts E/F - 12-Month Selection

Please indicate which 12-month period you will use to report your <u>unduplicated count</u> and activity hours.

○    July 1, 2003 through June 30, 2004

○    September 1, 2003 through August 31, 2004

CAVEATS

Survey Form

## Part E - Unduplicated Count
### 12-month unduplicated count by race/ethnicity and gender
### for the 2003-04 academic year

| | Undergraduate students | Graduate students | First-professional students |
|---|---|---|---|
| **Men** | | | |
| Nonresident alien | | | |
| Black, non-Hispanic | | | |
| American Indian/Alaska Native | | | |
| Asian/Pacific Islander | | | |
| Hispanic | | | |
| White, non-Hispanic | | | |
| Race/ethnicity unknown | | | |
| Total men | | | |
| **Women** | | | |
| Nonresident alien | | | |
| Black, non-Hispanic | | | |
| American Indian/Alaska Native | | | |
| Asian/Pacific Islander | | | |
| Hispanic | | | |
| White, non-Hispanic | | | |
| Race/ethnicity unknown | | | |

Total women
Grand total
**Prior year data**
   Unduplicated headcount (2002-03)
   Total enrollment Fall 2003
(Unduplicated count reported above is expected to
be greater than or equal to this number.)

Survey Form

## Part F - Instructional Activity

Instructional activity data may be reported on Part F in units of contact hours or credit hours. Please indicate which units are used by the institution to measure instructional activity

○ Contact hours

○ Credit hours

○ Both contact and credit hours (some programs measured in contact hours and others measured in credit hours)

CAVEATS

Survey Form

## Part F - Instructional Activity
### 12-month instructional activity

**Do not include first-professional students**

Level of course                                                          Total 12-month activity

Contact hour activity for occupational (undergraduate) programs

Credit hour activity for academic programs

   Undergraduate programs

   Graduate programs

Based on the hours reported, the institution's estimated full-time equivalent (FTE) enrollment is:

Undergraduates

Graduates

### HOW IS FTE CALCULATED

NCES uses estimated FTE enrollment to calculate expenses by function per FTE and core revenues per FTE as reported in the NPEC IPEDS Data Feedback Report. If this estimate is not reasonable for your institution, please provide your best estimate of undergraduate and graduate FTE for the reporting year identified on Parts E/F 12-Month Selection:

Undergraduate

Graduate

Survey Form

## Part G - Retention Rates

In order to calculate <u>retention rates</u> for your cohort of first-time bachelor's (or equivalent) degree-seeking undergraduates, please do the following:

1) Establish your cohorts (full time separate from part time) of first-time bachelor's (or equivalent) degree-seeking undergraduates, which consists of those enrolled at your institution in fall 2003 (including those enrolled for the first time the preceding summer term and those whose intent was not known upon entry to the institution).

2) Count the number of students in each cohort who re-enrolled or are still enrolled at your institution in fall 2004.

3) Calculate the retention rates (see formula below).

Use your institution's official fall reporting date when calculating these percentages. Please report full-time and part-time percentages separately. The student status (full- or part-time) should be based on the fall 2003 status, even if this has changed by fall 2004.

NOTE: The fall 2003 cohort data used for these calculations may be adjusted for students who left the institution for any of the following reasons: died or were totally and permanently disabled; to serve in the armed forces (including those called to active duty); to serve with a foreign aid service of the Federal Government, such as the Peace Corps; or to serve on official church missions. These are exclusions, and may be subtracted from the cohort prior to calculating the retention rate. Do not include those students who transferred into the institution as part of your fall cohort.

**Formula:**
(Re-enrolled at institution in fall 2004 (from step 2 above)) * 100 /
(Fall 2003 bachelor's cohort (from step 1 above) − Exclusions from fall 2003 bachelor's cohort)

Full-time rate                                         [        ] %
Part-time rate                                         [        ] %