**IRS COPY**

Form **990**

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

OMB No. 1545-0047

**2003**

Department of the Treasury
Internal Revenue Service

The organization may have to use a copy of this return to satisfy state reporting requirements.

**Open to Public Inspection**

**A** For the 2003 calendar year, or tax year beginning 7/1/2003, and ending 6/30/2004

**B** Check if applicable:
- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return
- [ ] Amended return
- [ ] Application pending

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization: THE GEORGE WASHINGTON UNIVERSITY
Number and street: c/o TAX DEPARTMENT, 2100 M STREET NW
Room/suite: 310
City or town: WASHINGTON    State: DC    ZIP+4: 20052

**D** Employer identification number: 53-0196584
**E** Telephone number: (202) 994-2547
**F** Accounting method: [X] Accrual

• Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Website: ▶ www.gwu.edu

**J** Organization type (check only one) ▶ [X] 501(c) ( 3 ) ◀ (insert no.) [ ] 4947(a)(1) or [ ] 527

**K** Check here ▶ [ ] if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**H** and **I** are not applicable to section 527 organizations.
- **H(a)** Is this a group return for affiliates? [ ] Yes [X] No
- **H(b)** If "Yes," enter number of affiliates ▶ N/A
- **H(c)** Are all affiliates included? [ ] Yes [ ] No (If "No," attach a list. See instructions.)
- **H(d)** Is this a separate return filed by an organization covered by a group ruling? [ ] Yes [X] No
- **I** Group Exemption Number ▶ N/A
- **M** Check ▶ [ ] if the organization is not required to attach Sch. B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 1,525,980,202

### Part I — Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 18 of the instructions.)

| | | Amount |
|---|---|---:|
| 1 | Contributions, gifts, grants, and similar amounts received: | |
| 1a | Direct public support | 26,900,811 |
| 1b | Indirect public support | |
| 1c | Government contributions (grants) | 9,078,622 |
| 1d | Total (add lines 1a through 1c) (cash $ 34,882,973 noncash $ 1,096,460) | 35,979,433 |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 730,135,377 |
| 3 | Membership dues and assessments | 0 |
| 4 | Interest on savings and temporary cash investments | 1,891,141 |
| 5 | Dividends and interest from securities | 9,754,299 |
| 6a | Gross rents | 38,493,149 |
| 6b | Less: rental expenses | 27,005,100 |
| 6c | Net rental income or (loss) (subtract line 6b from line 6a) | 11,488,049 |
| 7 | Other investment income (describe ▶ ) | 0 |
| 8a | Gross amount from sales of assets other than inventory — Statement 1 — (A) Securities 709,725,000; (B) Other 0 | |
| 8b | Less: cost or other basis and sales expenses — (A) 653,664,573; (B) 0 | |
| 8c | Gain or (loss) (attach schedule) — (A) 56,060,427; (B) 0 | |
| 8d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 56,060,427 |
| 9 | Special events and activities (attach schedule). If any amount is from gaming, check here ▶ [ ] | |
| 9a | Gross revenue (not including $ _____ of contributions reported on line 1a) | 0 |
| 9b | Less: direct expenses other than fundraising expenses | 0 |
| 9c | Net income or (loss) from special events (subtract line 9b from line 9a) | 0 |
| 10a | Gross sales of inventory, less returns and allowances | |
| 10b | Less: cost of goods sold | |
| 10c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 0 |
| 11 | Other revenue (from Part VII, line 103) | 1,803 |
| 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 845,310,529 |
| 13 | Program services (from line 44, column (B)) | 691,325,476 |
| 14 | Management and general (from line 44, column (C)) | 70,411,823 |
| 15 | Fundraising (from line 44, column (D)) | 6,976,549 |
| 16 | Payments to affiliates (attach schedule) | 0 |
| 17 | **Total expenses** (add lines 16 and 44, column (A)) | 768,713,848 |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 76,596,681 |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 921,236,276 |
| 20 | Other changes in net assets or fund balances (attach explanation) — Statement 2 | 57,913,287 |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 1,055,746,244 |

For Paperwork Reduction Act Notice, see the separate instructions.    Form **990** (2003)
(HTA)

SCANNED JUL 0 1 2005

RECEIVED MAY 16 2005 OGDEN UT

Exhibit G

Form 990 (2003)     THE GEORGE WASHINGTON UNIVERSITY     53-0196584     Page **2**

### Part II — Statement of Functional Expenses

All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others (See page 22 of the instructions)

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 | Grants and allocations (attach schedule). Statement 3 (cash $ 132,963,353 noncash $ 0) | 132,963,353 | 132,963,353 | | |
| 23 | Specific assistance to individuals (attach schedule) | 0 | | | |
| 24 | Benefits paid to or for members (attach schedule) | 0 | | | |
| 25 | Compensation of officers, directors, etc. | 3,493,860 | 0 | 2,856,503 | 637,357 |
| 26 | Other salaries and wages | 298,491,496 | 255,397,985 | 39,176,423 | 3,917,088 |
| 27 | Pension plan contributions | 18,183,816 | 15,451,130 | 2,700,486 | 32,200 |
| 28 | Other employee benefits | 25,372,235 | 20,944,551 | 3,768,042 | 659,642 |
| 29 | Payroll taxes | 19,710,469 | 16,474,764 | 2,927,210 | 308,495 |
| 30 | Professional fundraising fees | 0 | | | |
| 31 | Accounting fees | 984,724 | 216,639 | 768,085 | |
| 32 | Legal fees | 3,218,062 | 2,847,985 | 370,077 | |
| 33 | Supplies | 21,097,711 | 19,644,234 | 1,376,813 | 76,664 |
| 34 | Telephone | 3,220,420 | 2,763,372 | 370,348 | 86,700 |
| 35 | Postage and shipping | 2,871,621 | 1,899,171 | 848,501 | 123,949 |
| 36 | Occupancy | 42,901,036 | 41,336,855 | 1,500,206 | 63,975 |
| 37 | Equipment rental and maintenance | 9,082,608 | 7,995,620 | 1,044,500 | 42,488 |
| 38 | Printing and publications | 5,818,947 | 4,859,683 | 695,255 | 264,009 |
| 39 | Travel | 9,152,170 | 8,483,221 | 515,864 | 153,085 |
| 40 | Conferences, conventions, and meetings | 4,251,740 | 4,046,708 | 189,065 | 15,967 |
| 41 | Interest | 14,367,653 | 13,509,723 | 857,930 | |
| 42 | Depreciation, depletion, etc. (attach schedule). Statement 4 | 47,763,340 | 46,128,926 | 1,634,414 | |
| 43 | Other expenses not covered above (itemize): a Svc Contracts | 67,753,228 | 60,753,806 | 6,870,093 | 129,329 |
| | b Bad Debt | 3,974,128 | 3,974,128 | | |
| | c Miscellaneous | 34,041,231 | 31,633,622 | 1,942,008 | 465,601 |
| | d | 0 | | | |
| | e | 0 | | | |
| | f | 0 | | | |
| 44 | Total functional expenses (add lines 22 through 43). Organizations completing columns (B)-(D), carry these totals to lines 13-15. | 768,713,848 | 691,325,476 | 70,411,823 | 6,976,549 |

**Joint Costs.** Check ▶ ☐ if you are following SOP 98-2.
Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? ▶ ☐ Yes ☒ No
If "Yes," enter (i) the aggregate amount of these joint costs $ _____ ; (ii) the amount allocated to Program services $ _____ ;
(iii) the amount allocated to Management and general $ _____ ; and (iv) the amount allocated to Fundraising $ _____

### Part III — Statement of Program Service Accomplishments (See page 25 of the instructions.)

What is the organization's primary exempt purpose? ▶ EDUCATION AND RESEARCH

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

| | Program Service Expenses (Required for 501(c)(3) and (4) orgs, and 4947(a)(1) trusts, but optional for others) |
|---|---|
| a EDUCATION - Students from all 50 states and 126 countries attend the University. Enrollment headcount during FY04 is summarized as follows: 8,459 students in the Summer semester, 23,417 students in the Fall semester and 23,034 students in the Spring semester (Grants and allocations $ 132,963,353) | 506,989,866 |
| b RESEARCH - Research is an integral part of the educational mission of the University, including the teaching function of the Medical Center. The University is currently involved in over 750 research projects for that purpose. (Grants and allocations $ ) | 123,105,610 |
| c AUXILIARY ENTERPRISES - The University made available approximately 6,852 beds for students and approximately 3,700 on and off parking spaces to students, patients, staff, and visitors during FY04. GWU's Marvin Center houses dining facilities, student organizations and meeting rooms, and is utilized by students, faculty, staff and visitors. (Grants and allocations $ ) | 61,230,000 |
| d (Grants and allocations $ ) | |
| e Other program services (attach schedule) (Grants and allocations $ ) | |
| f Total of Program Service Expenses (should equal line 44, column (B), Program services) ▶ | 691,325,476 |

Form **990** (2003)