

# OFFICE OF INSTITUTIONAL RESEARCH

Home          About Us          University Information   Factbook          Commo

| Unduplicated Enrollment (All Campuses) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fall 2005 | | | | | | | |
| GW Total | | | | | | | |
| | Full-Time | Part-Time | Continuing Research | Continuous Enrollment | Total Headcount | Total Credit Hours | Total FTE |
| Total | 15,579 | 7,616 | 392 | 512 | 24,099 | 260,914 | 19,509 |
| Undergraduate | | | | | | | |
| School | Full-Time | Part-Time | Continuing Research | Continuous Enrollment | Total Headcount | Total Credit Hours | Total FTE |
| SEAS | 506 | 18 | 0 | 1 | 525 | 8,010 | 515 |
| CCAS | 5,392 | 137 | 0 | 58 | 5,587 | 82,852 | 5,470 |
| SB | 1,456 | 35 | 0 | 2 | 1,493 | 22,415 | 1,476 |
| ESIA | 2,029 | 38 | 0 | 14 | 2,081 | 31,284 | 2,049 |
| SPHHS | 185 | 1 | 0 | 0 | 186 | 2,864 | 186 |
| SMHS | 92 | 290 | 0 | 89 | 471 | 3,607 | 265 |
| CPS | 0 | 51 | 0 | 0 | 51 | 357 | 30 |
| Undergraduate Total | 9,660 | 570 | 0 | 164 | 10,394 | 151,388 | 9,991 |
| Graduate | | | | | | | |
| | Full-Time | Part-Time | Continuing Research | Continuous Enrollment | Total Headcount | Total Credit Hours | Total FTE |
| SEAS- Masters | 202 | 692 | 9 | 4 | 907 | 5,125 | 557 |
| SEAS-Doctoral | 122 | 313 | 28 | 9 | 472 | 2,048 | 222 |
| SEAS-Certificates | 6 | 339 | 2 | 1 | 348 | 1,179 | 131 |
| SEAS Total | 330 | 1,344 | 39 | 14 | 1,727 | 8,352 | 910 |
| CCAS- Masters | 854 | 698 | 40 | 20 | 1,612 | 12,251 | 1,279 |
| CCAS-Doctoral | 378 | 260 | 198 | 55 | 891 | 4,837 | 519 |
| CCAS-Certificates | 3 | 31 | 1 | 0 | 35 | 158 | 18 |
| CCAS Total | 1,235 | 989 | 239 | 75 | 2,538 | 17,246 | 1,816 |
| SB-Masters | 642 | 1,288 | 1 | 29 | 1960 | 13,623 | 1,382 |
| SB-Doctoral | 71 | 61 | 0 | 1 | 133 | 896 | 93 |
| SB-Certificates | 0 | 2 | 0 | 1 | 3 | 11 | 1 |
| SB Total | 713 | 1,351 | 1 | 31 | 2,096 | 14,530 | 1,476 |
| GSEHD-Masters | 310 | 580 | 0 | 27 | 917 | 6,125 | 634 |
| GSEHD-Doctoral | 124 | 378 | 101 | 8 | 611 | 2,882 | 311 |
| GSEHD-Certificates | 5 | 102 | 0 | 4 | 111 | 480 | 53 |

http://www.gwu.edu/~ire/unduplicated_e05.htm          Exhibit H          7/18/2006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **GSEHD Total** | 439 | 1,060 | 101 | 39 | 1,639 | 9,487 | 998 |
| ESIA-Masters | 418 | 217 | 0 | 21 | 656 | 5,438 | 556 |
| ESIA-Certificates | 0 | 11 | 0 | 0 | 11 | 48 | 5 |
| **ESIA Total** | 418 | 228 | 0 | 21 | 667 | 5,486 | 561 |
| LAW- JD | 1,323 | 325 | 0 | 1 | 1,649 | 22,242 | 1,585 |
| LAW- Post JD, Masters | 140 | 76 | 0 | 58 | 274 | 2,096 | 183 |
| LAW- Doctoral | 3 | 1 | 0 | 1 | 5 | 5 | 4 |
| **LAW Total** | 1,466 | 402 | 0 | 60 | 1,928 | 24,343 | 1,772 |
| SPHHS-Masters | 326 | 321 | 12 | 34 | 693 | 5,104 | 518 |
| SPHHS-Doctoral | 4 | 19 | 0 | 14 | 37 | 112 | 12 |
| SPHHS-Certificates | 3 | 10 | 0 | 0 | 13 | 73 | 8 |
| **SPHHS Total** | 333 | 350 | 12 | 48 | 743 | 5,289 | 538 |
| SMHS-MD | 649 | 0 | 0 | 0 | 649 | 15,024 | 649 |
| SMHS-MD Spec Program | 20 | 0 | 0 | 0 | 20 | 209 | 20 |
| SMHS-Masters | 180 | 232 | 0 | 58 | 470 | 3,765 | 298 |
| SMHS-Certificates | 7 | 29 | 0 | 2 | 38 | 391 | 19 |
| SMHS-Doctoral | 23 | 0 | 0 | 0 | 23 | 168 | 23 |
| **SMHS Total** | 879 | 261 | 0 | 60 | 1,200 | 19,557 | 1,009 |
| CPS-Masters | 0 | 34 | 0 | 0 | 34 | 102 | 11 |
| CPS-Certificates | 16 | 46 | 0 | 0 | 62 | 292 | 32 |
| **CPS Total** | 16 | 80 | 0 | 0 | 96 | 394 | 43 |
| **Graduate Total** | 5,829 | 6,065 | 392 | 348 | 12,634 | 104,683 | 9,123 |

| Non-Degree | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Full-Time | Part-Time | Continuing Research | Continuous Enrollment | Total Headcount | Total Credit Hours | Total FTE |
| DCE | 90 | 973 | 0 | 0 | 1,063 | 4,808 | 392 |
| HSCI - Spec Program | 0 | 8 | 0 | 0 | 8 | 35 | 3 |
| **Non-Degree Total** | 90 | 981 | 0 | 0 | 1,071 | 4,843 | 395 |

Note:
Unduplicated Enrollment (All Campuses) excludes Cooperative Education, Leave of Absence, and non-GW affiliated Study Abroad.

PAGE TOP

Rice Hall, Room 809, 2121 Eye Street NW, Washington, D.C. 20052 | Phone: (202) 994-6522| Fax: (202) 994-0709 | Webmaster: Daniel Sisco

