

# OFFICE OF INSTITUTIONAL RESEARCH

Home    About Us    ▼ University    ▼ Factbook    ▼ Common Data Set    ▼ School ▼

**Virginia Campus Enrollment**
**Fall 2005**

### GW Total

|  | Full-Time | Part-Time | Continuing Research | Continuous Enrollment | Total Headcount | Total Credit Hours | Total FTE |
|---|---|---|---|---|---|---|---|
| Virginia Campus | 120 | 350 | 48 | 12 | 530 | 2,732 | 291 |

### Graduate

|  | Full-Time | Part-Time | Continuing Research | Continuous Enrollment | Total Headcount | Total Credit Hours | Total FTE |
|---|---|---|---|---|---|---|---|
| SEAS-Masters | 6 | 97 | 0 | 0 | 103 | 506 | 55 |
| SEAS-Doctoral | 3 | 24 | 0 | 1 | 28 | 116 | 13 |
| SEAS-Certificate | 0 | 3 | 0 | 0 | 3 | 12 | 1 |
| SB-Masters | 39 | 98 | 0 | 7 | 144 | 844 | 94 |
| GSEHD-Masters | 1 | 12 | 0 | 0 | 13 | 69 | 7 |
| GSEHD-Doctoral | 70 | 82 | 48 | 4 | 204 | 1,068 | 111 |
| GSEHD-Certificate | 1 | 0 | 0 | 0 | 1 | 9 | 1 |
| Graduate Total | 120 | 316 | 48 | 12 | 496 | 2,624 | 282 |

### Non-Degree

|  | Full-Time | Part-Time | Continuing Research | Continuous Enrollment | Total Headcount | Total Credit Hours | Total FTE |
|---|---|---|---|---|---|---|---|
| DCE | 0 | 34 | 0 | 0 | 34 | 108 | 9 |
| Non-Degree Total | 0 | 34 | 0 | 0 | 34 | 108 | 9 |

Note:
Virginia Campus Enrollment excludes Cooperative Education, Leave of Absence, and non-GW affiliated Study Abroad.

PAGE TOP

Rice Hall, Room 809, 2121 Eye Street NW, Washington, D.C. 20052 | Phone: (202) 994-6522| Fax: (202) 994-0709 | Webmaster: Daniel Sisco



THE GEORGE WASHINGTON UNIVERSITY
WASHINGTON DC

Exhibit I