

| Home | About Us | University Information | Factbook | Commo |

| Full- and Part-time Faculty Appointments by School and Department |||||
|---|---|---|---|---|
| Fall 2005 |||||
| GW Total |||||
| | | Full-Time * | Part-Time ** | Total |
| All Schools || 1,549 | 2,929 | 4,478 |
| Columbian College of Arts and Sciences |||||
| Department || Full-Time * | Part-Time ** | Total |
| American Studies || 7 | 2 | 9 |
| Anthropology || 13 | 10 | 23 |
| Art Therapy || 2 | 8 | 10 |
| Arts & Sciences || 2 | 0 | 2 |
| Biological Sciences || 20 | 11 | 31 |
| Chemistry || 12 | 15 | 27 |
| Classic & Semitic Languages & Literature || 8 | 11 | 19 |
| Communication || 0 | 0 | 0 |
| Earth & Environmental Science || 1 | 6 | 7 |
| East Asian Languages and Literatures || 7 | 14 | 21 |
| Economics || 23 | 13 | 36 |
| English as a Foreign Language || 0 | 1 | 1 |
| English || 39 | 27 | 66 |
| Fine Arts&Art History || 17 | 32 | 49 |
| Forensic Science || 6 | 32 | 38 |
| Geography || 7 | 6 | 13 |
| German and Slavic Languages and Literatures || 9 | 10 | 19 |
| Graduate School of Political Management || 5 | 18 | 23 |
| History || 15 | 17 | 32 |
| International Affairs || 0 | 1 | 1 |
| Judaic Studies || 2 | 0 | 2 |
| Management Sciences || 0 | 2 | 2 |
| Mathematics || 17 | 5 | 22 |
| Museum Studies || 3 | 3 | 6 |
| Music || 6 | 52 | 58 |
| Organizational Science || 11 | 16 | 27 |
| Philosophy || 8 | 9 | 17 |

| Department | Full-Time * | Part-Time ** | Total |
|---|---|---|---|
| Physics | 22 | 15 | 37 |
| Political Science | 24 | 44 | 68 |
| Professional Psychology | 1 | 2 | 3 |
| Psychology | 26 | 14 | 40 |
| Public Policy & Public Administration | 20 | 19 | 39 |
| Religion | 6 | 6 | 12 |
| Romance Languages and Literatures | 16 | 43 | 59 |
| School of Media and Public Affairs | 19 | 17 | 36 |
| Sociology | 13 | 13 | 26 |
| Speech and Hearing | 6 | 14 | 20 |
| Statistics | 19 | 16 | 35 |
| Telecommunications Studies | 0 | 1 | 1 |
| Theatre and Dance | 10 | 19 | 29 |
| University Writing Program | 21 | 14 | 35 |
| Women's Studies | 2 | 5 | 7 |
| Total | 445 | 563 | 1,008 |

### School of Business and Public Management

| Department | Full-Time * | Part-Time ** | Total |
|---|---|---|---|
| Accountancy | 12 | 12 | 24 |
| Business Administration | 0 | 5 | 5 |
| Finance | 16 | 6 | 22 |
| International Business | 16 | 1 | 17 |
| Management Science | 47 | 34 | 81 |
| Marketing | 9 | 8 | 17 |
| Business and Public Management | 0 | 0 | 0 |
| Strategic Management and Public Policy | 12 | 4 | 16 |
| Tourism and Hospitality Management | 8 | 12 | 20 |
| Total | 120 | 82 | 202 |

### Elliott School of International Affairs

| Department | Full-Time * | Part-Time ** | Total |
|---|---|---|---|
| Anthropology | 0 | 0 | 0 |
| Economics | 4 | 6 | 10 |
| History | 2 | 0 | 2 |
| International Affairs | 27 | 42 | 69 |
| Political Science | 8 | 0 | 8 |
| Total | 41 | 48 | 89 |

### School of Engineering and Applied Science

| Department | Full-Time * | Part-Time ** | Total |
|---|---|---|---|
| Civil and Environmental Engineering | 10 | 11 | 21 |
| Computer Science | 20 | 20 | 40 |
| Electrical Engineering and Computer Engineering. | 25 | 6 | 31 |
| Engineering | 0 | 3 | 3 |

| Department | Full-Time * | Part-Time ** | Total |
|---|---|---|---|
| Engineering Management and Systems Engineering | 21 | 30 | 51 |
| Mechanical and Aerospace Engineering | 11 | 5 | 16 |
| Total | 87 | 75 | 162 |

### Graduate School of Education and Human Development

| Department | Full-Time * | Part-Time ** | Total |
|---|---|---|---|
| Counseling/Human and Organizational Studies | 22 | 23 | 45 |
| Educational Leadership | 27 | 23 | 50 |
| GSEHD | 0 | 0 | 0 |
| Teacher Preparation and Special Education | 27 | 47 | 74 |
| Total | 76 | 93 | 169 |

### College of Profesional Services

| Department | Full-Time * | Part-Time ** | Total |
|---|---|---|---|
| CPS | 5 | 17 | 22 |
| Total | 5 | 17 | 22 |

### Law School

|  | Full-Time * | Part-Time ** | Total |
|---|---|---|---|
| Total | 69 | 163 | 232 |

### University

| Department | Full-Time * | Part-Time ** | Total |
|---|---|---|---|
| Naval Science | 5 | 0 | 5 |
| University | 2 | 12 | 14 |
| University Professors | 6 | 0 | 6 |
| Total | 13 | 12 | 25 |

### School of Medicine and Health Sciences - Total

|  | Full-Time * | Part-Time ** | Total |
|---|---|---|---|
| Total | 616 | 1,623 | 2,239 |

### School of Medicine and Health Sciences - Basic Sciences

| Department | Full-Time * | Part-Time ** | Total |
|---|---|---|---|
| Anatomy | 12 | 14 | 26 |
| Biochemistry | 23 | 21 | 44 |
| Microbiology | 17 | 44 | 61 |
| Pharmacology | 20 | 0 | 27 |
| Physiology | 0 | 0 | 0 |
| Total Basic Sciences | 72 | 86 | 158 |

### School of Medicine and Health Sciences - Clinical Medicine

| Department | Full-Time * | Part-Time ** | Total |
|---|---|---|---|
| Anesthesiology | 32 | 9 | 41 |
| Dermatology | 1 | 51 | 52 |
| Emergency Medicine | 25 | 36 | 61 |
| Health Care Sciences | 18 | 153 | 171 |
| International Medicine | 1 | 0 | 1 |
| Medicine | 108 | 264 | 372 |

| | | | |
|---|---|---|---|
| Neurological Surgery | 3 | 38 | 41 |
| Neurology | 16 | 35 | 51 |
| Nursing | 5 | 3 | 8 |
| Obstetrics and Gynecology | 14 | 107 | 121 |
| Ophthalmology | 6 | 32 | 38 |
| Orthopaedic Surgery | 12 | 33 | 45 |
| Pathology | 18 | 104 | 122 |
| Pediatrics | 189 | 185 | 374 |
| Psychiatry and Behavioral Sciences | 35 | 265 | 300 |
| Radiology | 26 | 48 | 74 |
| Surgery | 30 | 156 | 186 |
| Urology | 5 | 18 | 23 |
| **Total Clinical Science** | **544** | **1,537** | **2,081** |

| School of Public Health and Health Services | | | |
|---|---|---|---|
| | Full-Time * | Part-Time ** | Total |
| Environmental Occupational Health | 4 | 25 | 29 |
| Epidemiology and Biostatistics | 17 | 31 | 48 |
| Exercise Science | 8 | 62 | 70 |
| Health Policy | 0 | 41 | 41 |
| Health Service Management and Leadership | 29 | 35 | 64 |
| International Public Health | 5 | 37 | 42 |
| Prevention and Community Health | 14 | 22 | 36 |
| Public Health & Health Services | 0 | 0 | 0 |
| **Total SPHHS - Other** | **77** | **253** | **330** |

Note:
* Full-Time faculty counts exclude administrators with faculty rank, and exclude faculty on leave without pay.
** Part-Time faculty counts exclude Graduate Teaching/Research Assistants.

PAGE TOP

Rice Hall, Room 809, 2121 Eye Street NW, Washington, D.C. 20052 | Phone: (202) 994-6522| Fax: (202) 994-0709 | Webmaster: Daniel Sisco



THE GEORGE WASHINGTON UNIVERSITY
WASHINGTON DC