# George H.F. Oberlander, AICP

Over forty-five years of extensive, comprehensive urban-regional planning and development administration at the city, regional and federal government level. Thirty-one years with the National Capital Planning Commission (NCPC), Washington, DC, developing planning policy recommendations, supervising and directing professional staff, coordinating DC and Federal agencies building projects in the City and the Region.

**Special Expertise In:**
Zoning, project development, environment and comprehensive planning
Foreign Mission and International organization location issues
Capital programming
Intergovernmental relations - community participation
Federal and DC Government Building Projects

**Education**
Masters of Science in Planning and Housing, Columbia University
Bachelor of Arts, New York University
Executive Leadership & Management Course, Federal Executive Institute
Executive Program for Agency Heads, New York University

**Experience**

| | |
|---|---|
| January 1997-Present | Urban planning advisory services. **GO Consulting** |
| September 1996 | Retired NCPC |
| 1995-1996 | Director, Planning Review and Implementation, NCPC |
| 1990-1995 | Director, Technical Planning Services, NCPC |
| 1979-1990 | Associate Executive Director, DC Affairs, NCPC |
| 1975-1979 | Director, Federal Review, NCPC |
| 1968-1980 | Lecturer, School of Architecture & Planning, The Catholic University of America |
| 1966-1975 | Director, Long Range Planning and Regional Affairs, NCPC |
| 1965-1966 | Director, National Capital Regional Planning Council, Washington, DC |
| 1958-1965 | City Planning Officer (Director), City of Newark, New Jersey |
| 1957-1958 | Principal/Senior Planner, Central Planning Board, Newark, New Jersey |
| 1956-1957 | Resident Planner, George M. Raymond Associates, White Plains, New York |
| 1954-1956 | Assistant Planner, Earl Morrow Associates, Ridgewood, New Jersey |
| 1955 | William Kinne Fellows Memorial Fellowship, School of Architecture, Columbia University |

Exhibit K