UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) Court No. 06 Civ. 0746 (RJL) |
| DISTRICT OF COLUMBIA OFFICE OF PLANNING, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of Defendants' Motion to Dismiss the First Amended Complaint, plaintiff's opposition thereto, and the entire record herein, it is hereby

ORDERED that defendants' motion to dismiss the First Amended Complaint is DENIED; it is further

ORDERED that defendants shall file an answer to the First Amended Complaint on or before _____, 2006.

Dated: _____, 2006

                                                     _____
                                                     Paul L. Friedman, Judge