UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FOGGY BOTTOM ASSOCIATION, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 06-0746   (PLF) |
| DISTRICT OF COLUMBIA OFFICE OF PLANNING, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

For the reasons stated in the separate Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss the first amended complaint [8, 25] is GRANTED, and that Count One of the amended complaint is DISMISSED with prejudice, and Counts Two through Five of the amended complaint are DISMISSED without prejudice;  it is

FURTHER ORDERED that plaintiffs' motion for preliminary injunction [4] is DENIED as moot; it is

FURTHER ORDERED that the plaintiffs' motion to expedite discovery [17] is DENIED as moot; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case.  This is a final appealable order.  See Fed. R. App. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  July 28, 2006